# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>October 5, 2021</u>                                          Case No.: <u>1:21cv149-RH</u>
Time: <u>1:59 – 2:26 p.m.</u>

RARE BREED TRIGGERS LLC et al. v. BIG DADDY ENTERPRISES INC. et al.

---

DOCKET ENTRY:  Telephonic Scheduling Conference held.  Parties discuss pending motions.
Ruling by Court: Motions for Extension of Time are granted.  Answer to complaint and response
to motion for preliminary injunction are due on October 22.  Preliminary Injunction Hearing will
be held in Tallahassee on November 9 at 9:00 a.m.  Designations are to be pre-filed by November
5.  An order will follow.

---

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**


<u>Cindy Markley</u>                               <u>Lisa Snyder</u>
Deputy Clerk                                Court Reporter


---

ATTORNEYS APPEARING FOR PLAINTIFFS:
Glenn Bellamy
Charles Pfister


ATTORNEYS APPEARING FOR DEFENDANTS:
Daniel Johnson
Eleanor Yost