# EXHIBIT D

**(ATF Claim Notice)**

To ensure timely receipt and processing of your claim or petition, please file online at www.Forfeiture.gov.

If you don't have access to the internet you can mail in your claim or petition.

**THE DEPARTMENT OF JUSTICE WILL CONTACT YOU CONCERNING YOUR CLAIM WITHIN 120 DAYS FROM THE DATE OF ITS RECEIPT.**

**After 120 days, you can contact** OM-AFSPD-LRT@ATF.GOV



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

_Washington, DC 20226_
_www.atf.gov_

Big Daddy Unlimited
ATTN: Jeffrey Hayzlett
7600 NW 5th PL
Gainesville, FL 32607-6537

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** February 18, 2022 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 337473 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** See Attached List | |
| **Seizure Date and Location:** See Attached List | |
| **Forfeiture Authority:** See Attached List | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. _See_ 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. _See_ 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. _See_ 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Big Daddy Unlimited                                    Notice of Seizure

- J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above.  For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

**II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**  *If you do not file a claim, you will waive your right to contest the forfeiture of the asset.  Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

- A. **To File a Claim:**  A claim must be filed to contest the forfeiture.  A claim should be filed by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.
- B. **Time Limits**:  A claim must be filed within 20 days of the date of this letter; therefore, you must file your claim by **March 10, 2022**.  *See* 19 U.S.C. § 1608.  A claim is deemed filed on the date received by the agency at the address listed above.
- C. **Requirements for Claim**:  A claim must be in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.  Due to the cost bond requirement explained below, these claims cannot be filed online.
- D. **Cost Bond:**  The claim must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250, made payable to ATF.  If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel.  The cost bond must be in the form of a cashier's check or money order.  No personal checks will be accepted.  *See* 19 U.S.C. § 1608.
- E. **Claim Forms**:  A claim need not be made in any particular form, but a claim form is available at www.forfeiture.gov, which you may print and deliver to the agency pursuant to the instructions above.  *See* 18 U.S.C. § 983(a)(2)(D).
- F. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
- G. **No Attorney Required**:  You do not need an attorney to file a claim.  You may, however, hire an attorney to represent you in filing a claim.
- H. **When You File a Claim**:  A timely claim stops the administrative forfeiture proceeding.  The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.  You may also file a petition for remission or mitigation.
- I. **Penalties for Filing False or Frivolous Claims**:  If you intentionally file a claim containing false information, you may be subject to criminal prosecution.  *See* 18 U.S.C. § 1001.
- J. **If No Claim is Filed**:  Failure to file a claim by **March 10, 2022** may result in the property being forfeited to the United States.

Big Daddy Unlimited                              Notice of Seizure

**Asset List**

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on January 13, 2022 by the ATF at Gainesville, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-008551 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008552 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008553 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008554 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008555 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008556 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008557 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008558 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008559 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008560 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008561 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008562 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008563 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008564 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008565 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008566 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008567 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008568 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008569 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008570 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008571 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008572 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008573 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008574 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008575 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008576 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008577 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008578 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008579 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008580 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008581 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008637 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008646 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008647 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008648 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008651 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008653 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008655 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008656 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008657 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008658 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008660 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008661 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008662 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008663 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008664 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                          Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-008665 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008666 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008667 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008668 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008669 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008670 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008671 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008672 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008673 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008674 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008675 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008676 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008678 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008679 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008680 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008681 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008682 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008683 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008684 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008685 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008686 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008687 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008689 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008690 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008691 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008692 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008694 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008695 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008696 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008697 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008698 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008700 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008701 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008702 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008703 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008704 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008705 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008706 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008707 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008709 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008710 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008711 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008712 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008713 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008715 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008716 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008718 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008720 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008721 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008722 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008723 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008725 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008727 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008729 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                                    Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-008730 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008731 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008732 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008733 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008734 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008735 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008736 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008737 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008738 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008739 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008740 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008741 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008742 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008743 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008744 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008745 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008746 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008747 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008748 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008749 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008750 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008751 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008752 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008753 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008754 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008755 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008756 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008757 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008758 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008759 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008760 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008761 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008762 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008763 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008764 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008765 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008766 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008767 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008768 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008769 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008770 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008771 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008772 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008773 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008774 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008775 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008776 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008777 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008778 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008779 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008780 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008781 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008782 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008783 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                              Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-008784 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008785 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008787 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008788 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008789 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008790 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008791 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008792 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008793 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008794 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008795 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008796 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008797 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008798 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008799 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008800 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008801 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008802 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008803 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008804 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008805 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008806 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008807 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008808 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008809 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008810 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008811 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008869 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008870 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008871 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008872 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008873 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008874 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008875 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008876 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008879 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008880 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008881 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008882 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008883 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008886 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008888 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008889 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008891 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008894 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008896 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008897 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008900 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008901 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008903 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008905 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008907 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008908 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008909 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                                    Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-008910 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008911 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008912 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008913 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008914 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008915 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008917 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008918 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008919 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008920 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008921 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008923 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008925 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008927 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008928 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008929 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008930 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008931 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008932 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008933 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008934 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008936 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008937 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008938 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008940 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008941 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008942 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008943 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008944 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008946 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008948 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008949 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008950 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008953 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008959 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008964 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008968 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008970 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008971 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008974 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008976 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008978 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008979 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008983 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008984 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008986 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008988 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008990 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008992 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008994 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008996 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-008998 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009000 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009001 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |

Big Daddy Unlimited                              Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-009002 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009003 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009004 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009005 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009006 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009007 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009008 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009009 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009010 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009011 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009012 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009013 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009014 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009015 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009016 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009017 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009018 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009019 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009020 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009021 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009022 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009023 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009024 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009025 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |
| 22-ATF-009026 | Rare Breed Trigger FRT-15 SN: None | $300.00 | None |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on January 13, 2022 by the ATF at Ocala, Florida.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-009032 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009035 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009037 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009038 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009040 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009042 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009044 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009045 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009046 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009048 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009049 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009052 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009053 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009054 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009056 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009057 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009058 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009060 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009062 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009063 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                                Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-009064 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009066 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009067 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009069 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009071 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009072 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009074 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | Nnne |
| 22-ATF-009076 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009078 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009079 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009080 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009081 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009082 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009083 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009084 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009085 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009086 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009087 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009088 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009089 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009090 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009093 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009094 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009095 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009096 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009097 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009098 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009099 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009100 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009101 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009103 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009105 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009106 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009108 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009110 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009111 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009113 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009115 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009118 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009119 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009121 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009125 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009127 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009128 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009130 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009132 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009134 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009135 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009136 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009137 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009140 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009141 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009142 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009143 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                          Notice of Seizure

| 22-ATF-009144 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009145 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009147 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009148 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009149 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-009150 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on January 13, 2022 by the ATF at Tallahassee, Florida.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-008582 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008583 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008584 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008585 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008586 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008587 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008588 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008589 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008590 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008591 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008592 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008593 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008594 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008595 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008596 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008597 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008598 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008599 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008600 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008601 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008602 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008603 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008604 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008605 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008606 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008607 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008608 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008609 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008610 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008611 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008612 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008613 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008614 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008615 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008616 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008617 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008618 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008619 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008620 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |

Big Daddy Unlimited                          Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-008622 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008623 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008624 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008625 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008626 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |
| 22-ATF-008627 | Wide Open Trigger WOT Machinegun SN: None | $300.00 | None |



FOR GOVERNMENT AGENCY USE ONLY

DATE PETITION RECEIVED: _____

PETITION FILED TIMELY?   Y ☐    N ☐

# REMISSION OR MITIGATION OF FORFEITURE PETITION FORM

Name: _____    SSN or TIN: _____

Address: _____ ·    Telephone No. (      ) _____

Address: _____

Agency Case No.: _____

Asset ID No: _____

Date & Place of Seizure: _____

## PART I

List the items in which you claim an interest. Include sufficient information to identify each item, such as make, model, and serial numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

## PART II

Describe your interest in each item of property as owner, lienholder, or otherwise, for which you seek remission or mitigation of forfeiture. Please provide any documents that support your petition for each item. Supporting documentation includes original or certified bills of sale, title, registration, receipts, etc.  Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

_____
_____
_____
_____
_____
_____
_____

## PART I (continued)

7. _____
8. _____
9. _____

## PART II (continued)

_____
_____
_____
_____
_____
_____
_____

## PART III  -  INSURANCE

Did you file an insurance claim for the property you are claiming? _____

Did you receive compensation from your insurance company for the property you are claiming?

_____

If so, please provide the name and address of your insurance company. _____

_____

## PART IV  -  ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my petition is true and correct, to the best of my knowledge and belief.

_____          _____
**Signature**                                **Date**

_____
**Name (Print)**

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTIONS 1001 AND/OR 1621, AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**



Name: _____

Address: _____

_____

Agency Case No: _____

## *IN FORMA PAUPERIS* CLAIM BOND WAIVER PETITION

*To contest a National Firearms Act (26 U.S.C. Chapter 53) based forfeiture, a person asserting an interest in the property must file not only a claim with ATF but also a claim bond to cover the costs and expenses of the forfeiture proceeding. Those costs are charged against the bond only if the firearm is actually forfeited. **The amount of the bond is $5,000 or 10 percent of the value of the firearm, whichever is lower, but not less than $250.** See 19 U.S.C. § 1608.*

If a claimant cannot afford to pay the claim bond amount, he/she may be able to have the fees waived.

To aid ATF in making an indigence determination, please answer the following questions. Please note that these questions represent some of the factors that ATF will use to make a determination, and if there are other relevant facts about your financial status that you believe ATF should consider, you should provide them in Section 5. The information on this form is entirely voluntary; however, please be aware that incomplete financial information might result in a denial of the claim bond waiver.

1. Are you presently employed or do you have another source of income in your household?

    a. If the answer is yes, state the amount of your salary or wages per month or other household income? _____
    _____
    _____
    _____

    b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. _____
    _____
    _____
    _____

2.  Within the past twelve months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, benefits, interest, dividends, or other sources?

    a.   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

_____

_____

_____

3.  Do you own any cash, checking accounts, or savings accounts?

    a.   If the answer is yes, state the total amount of the cash and accounts.

_____

_____

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    a.   If the answer is yes, describe the property and state its approximate value.

_____

_____

_____

Please provide any additional information, which you believe might be relevant to a determination of indigence (including, for example, the number of dependents in your household, other significant expenses, etc.).

_____

_____

_____

**I attest and declare under penalty of perjury that the information provided in support of my petition is true and correct, to the best of my knowledge and belief**

_____          _____

**Name (Print)**                                    **Date**

_____

**Signature**

**Please return the completed paperwork with your Claim form and any other supporting documentation.**



FOR GOVERNMENT AGENCY USE ONLY

DATE CLAIM RECEIVED: _____

CLAIM FILED TIMELY?   Y ☐    N ☐

## SEIZED ASSET CLAIM FORM

Name: _____     Telephone No. ( _____ )_____

Address:_____

City, State, Zip Code:_____

Agency Case No.:_____

Asset ID No.:_____

Date & Place of Seizure:_____

## PART I

List the items in which you claim an interest. Include sufficient information to identify each item, such as make, model, and serial numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1._____

2._____

3._____

4._____

5._____

6._____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

_____

_____

_____

_____

_____

_____

## PART I (continued)

7. _____
8. _____
9. _____

## PART II (continued)

_____
_____
_____

## PART III  -  INSURANCE

Did you file an insurance claim for the property you are claiming? _____

Did you receive compensation from your insurance company for the property you are claiming?

_____

If so, please provide the name and address of your insurance company. _____

_____

## PART IV  -  ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my petition is true and correct, to the best of my knowledge and belief.

_____        _____

**Signature**                                                                    **Date**

_____

**Name (Print)**

For claims with NFA cost bonds, the cost bond <u>must</u> be in the form of a cashier's check or money order, payable to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTIONS 1001 AND/OR 1621, AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

THE DEPARTMENT OF JUSTICE WILL CONTACT YOU CONCERNING YOUR CLAIM WITHIN 120 DAYS FROM THE DATE OF ITS RECEIPT.