IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RARE BREED TRIGGERS, LLC,** *et al.*

      *Plaintiffs*,

      *v.*

**BIG DADDY ENTERPRISES, INC.,** *et al.*

      *Defendants*.

Case No. 1:21-cv-149-RH-HTC
Case No. 1:22-cv-061-RH-HTC

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Pursuant to a fully executed**,** confidential settlement agreement amongst all parties, resolving all claims and counterclaims at issue in Case Nos. 1:21-cv-149 and 1:22-cv-061, the Parties, through their respective undersigned counsel of record, hereby stipulate and agree to entry of a Consent Judgment and Permanent Injunction and in support thereof state as follows:

1. Plaintiffs and Defendants have resolved all claims and counterclaims in connection with this matter and have agreed to the entry of the Consent Judgment and Permanent Injunction ("Consent Judgment") in the form attached hereto as Exhibit 1.

2. Defendants have executed a Consent to Be Bound by the Consent Judgment and Permanent Injunction, as depicted on Page 9 of Exhibit 1, hereto.

Accordingly, as Plaintiffs and Defendants have resolved all claims and counterclaims in this action, the Parties respectfully request that this Court grant this Motion and enter the Consent Judgment.

IT IS SO STIPULATED.

October 18, 2022                        Respectfully submitted,

                                        *s/Glenn D. Bellamy*
                                        Glenn D. Bellamy, Esq. (*Pro Hac Vice*)
                                        E-mail: gbellamy@whe-law.com
                                        Charles D. Pfister, Esq. (*Pro Hac Vice*)
                                        E-mail: cpfister@whe-law.com
                                        **WOOD HERRON & EVANS LLP**
                                        2700 Carew Tower
                                        441 Vine Street
                                        Cincinnati, OH 45202
                                        Telephone: 513-241-2324
                                        Facsimile: 513-241-6234

                                        *Attorneys for Plaintiffs*


                                        *s/Michael J. Smith*
                                        Texas Bar No. 24037517
                                        **The Fowler Law Firm, P.C.**
                                        Prominent Point Building 1
                                        8310 N Capital of Texas Hwy Suite 150
                                        Austin, TX 78731
                                        Tel. No.: (512) 441-1411
                                        Email: msmith@thefowlerlawfirm.com

                                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all Parties of Record via the Court's *ECF* Filing System on October 18, 2022.

                                           */s/ Glenn D. Bellamy*
                                           Glenn D. Bellamy