IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RARE BREED TRIGGERS, LLC et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 1:21cv149-RH-HTC

BIG DADDY ENTERPRISES, INC. et al.,

    Defendants.

_____/

ORDER EXTENDING THE DEADLINE FOR A
REPLY MEMORANDUM ON THE CONTEMPT MOTION

    The unopposed motion, ECF No. 227 in Case No. 1:21cv149 and ECF No. 81 in Case No. 1:22cv61, to extend the deadline for a reply memorandum in support of the contempt motion is granted. The memorandum filed on October 21, 2025 is deemed timely.

    SO ORDERED on October 22, 2025.

                             s/Robert L. Hinkle
                             United States District Judge