IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RARE BREED TRIGGERS, LLC et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 1:21cv149-RH-HTC

BIG DADDY ENTERPRISES, INC. et al.,

    Defendants.

_____/

## ORDER STAYING ENFORCEMENT OF SUBPOENAS

The plaintiffs must take no steps to obtain documents based on the subpoenas that are the subject of the defendants' motion for a protective order, ECF No. 239, until a ruling is entered on that motion. The plaintiffs must respond to any inquiry from a subpoenaed party by accurately reporting that this stay has been entered. The plaintiffs must respond to the motion by January 2, 2026.

SO ORDERED on December 18, 2025.

                        s/Robert L. Hinkle
                        United States District Judge