**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 3:31:34 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.

On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:

> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>
> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> ---
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:21 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.
>
> The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.
>
> On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> Adam,
>> Michael sent this link below to subpoenas and request for production on Nov. 17.
>>
>> https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0
>>
>> The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten

30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.