[Third Party Name]
[Third Party Address]
[City, State, Zip Code]

Via Fed Ex December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,