**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

Cloudfiare, Inc.,
C/O Registered Agent Solutions, Inc.,
838 Walker Road
Ste 21-2
Dover, DE 19904

Via Fed Ex December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith

For The Fowler Law Firm PC
Date: ___12/11/2025

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

Cybersource
Attn: Legal Department
P.O. Box 8999
San Francisco, CA 942128-8999

Via Fed Ex                                                                 December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

# THE FOWLER LAW FIRM, PC

3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith


We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith



For The Fowler Law Firm PC
Date: ___12/11/2025

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Michael J. Smith*
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

NMI
Attn: Legal Department
1450 American Lane
Suite 1200
Schaumberg, IL 60173

Via UPS December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith

For The Fowler Law Firm PC
Date: ___12/11/2025