**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Adam Floyd <AFloyd@floydip.com> |
| **Sent:** | Thursday, December 11, 2025 5:11 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Michael Smith |
| **Subject:** | Third Party Subpoena Responses |
| **Attachments:** | Andrew Myers Responses.pdf; C&C Response.pdf; Chris Rios Response.pdf; Delta 7 Response.pdf; Performance Trigger Response.pdf |

**External Email**

Josiah,

Michael Smith asked me to email you the attached responses to third-party subpoenas. To be clear, I do not represent the parties, I'm just a messenger.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*