**jcontarino@contarinoroth.com**

---

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Friday, November 21, 2025 7:42 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Subject:** | New Ticket from Cloudflare: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

---

Cloudflare Trust & Safety (Cloudflare)

Nov 21, 2025, 4:42 PM PST

Hello,

We have added this to our queue for processing.

Kind regards,
Cloudflare Trust & Safety

Note -- When responding please make sure to keep #20726297 in the subject line.

---

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Thursday, December 11, 2025 2:18 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Subject:** | New Ticket from Cloudflare: (#20902150) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Cloudflare Trust & Safety (Cloudflare)

Dec 11, 2025, 11:18 AM PST

To Whom It May Concern:

Please find enclosed Cloudflare's response to your records request in Case No. 1:21-cv-149-RH-GRJ:
[redacted]

Regards,
Cloudflare Trust & Safety

Note -- When responding please make sure to keep #20902150 in the subject line.

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Thursday, December 11, 2025 2:18 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Anthony Fusaro (Dhillon Law) |
| **Subject:** | Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |
| **Attachments:** | Cloudflare 1 21-cv-149-RH-GRJ.zip |

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Dec 11, 2025, 11:17 AM PST

To Whom It May Concern:

Please find enclosed Cloudflare's response to your records request in Case No. 1:21-cv-149-RH-GRJ. For security purposes, you may have received a password to the protected zip file from a Custodian of Records to the phone number listed on the legal process or as a follow up email.

The information in the attached documents represents reasonably accessible information from our system responsive to your request, and that we are permitted to disclose pursuant to applicable law. If your request did not specify a time frame, we limited our search for responsive records to the previous 365 days.

Cloudflare does not collect billing records for free accounts. For more details regarding payment transactions, including full credit card numbers, please contact Cloudflare's third party credit card processor.
Cloudflare used Recurly as its third party credit card processor until May 24, 2016. Please contact Recurly for more details regarding transactions that occurred prior to May 24, 2016. Recurly's Agent for Service of Process is Isaac Hall, 300 Brannan Street, Suite 608, San Francisco, CA 94107. Cloudflare used Braintree as its third party credit card processor from May 24, 2016, until December 2020. For more details regarding transactions that occurred between May 24, 2016, and December 2020, please contact Braintree (PayPal) - https://www.paypal.com/us/webapps/mpp/law-enforcement. Cloudflare began using its current third party credit card processor, Stripe, in December 2020. If a paid account has

any transaction details, they will be attached in a separate folder. For more details regarding any transactions that occurred after December 2020, please contact Stripe at notices@stripe.com.

If you require information pertaining to the website itself, such as visitor traffic and user activity logs for a particular website, you should contact the underlying host for that information.

For additional context regarding our services, Cloudflare runs a global network that provides security and performance services for Internet-facing websites and applications around the world. The majority of websites that use Cloudflare's services use our reverse proxy, pass-through security service. Due to the pass-through nature of those services, our IP addresses appear in WHOIS and DNS records for those websites. Cloudflare cannot remove content from the Internet that it does not host, and generally does not collect or keep information regarding the end users of websites using our services. You can find more information about the type of information we collect on our Law enforcement page.

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Thursday, December 11, 2025 2:25 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Subject:** | Report updated: (#20902150) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20902150) has been replied to. Note -- When responding please make sure to keep #20902150 in the subject line.

---

Cloudflare Trust & Safety (Cloudflare)

Dec 11, 2025, 11:24 AM PST

To Whom It May Concern:

Cloudflare's response to your records request in Case No. 1:21-cv-149-RH-GRJ was sent in a separate email prior to this one.

Regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> |
| **Sent:** | Thursday, December 11, 2025 5:09 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Subject:** | New Voice Message from  on 12/11/2025 2:08 PM |
| **Attachments:** | NoCallerID-1211-140846.mp3 |

**External Email**

Voice Message

Dear Josiah Contarino,

You have a new voice message:

| | |
|---|---|
| **From:** | |
| **Received:** | Thursday, December 11, 2025 at 2:08 PM |
| **Length:** | 00:28 |
| **To:** | (917) 423-7221 Josiah Contarino |

**Voicemail Preview:**

"Hi, this message is for Josiah Contarino. My name is Joe calling from Cloudflare Trust and Safety calling in regards to a civil subpoena, 121 CV 149RGRGGRJI Pologize, it was sent to you earlier today along with the password, please destroy those Records, they were sent in error. Again, please destroy those records, they were sent in error. I will follow up with you in writing as well. Thank you, bye."
Listen to this voicemail over your phone or by opening the attached sound file. You can also sign in to your RingCentral account with your main number, extension number, and password to manage and listen to voicemails.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. **Get started**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2025 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Thursday, December 11, 2025 5:10 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Anthony Fusaro (Dhillon Law) |
| **Subject:** | Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Dec 11, 2025, 2:10 PM PST

Hello,

PLEASE DISREGARD THE PREVIOUS MESSAGE AS IT WAS SENT IN ERROR. PLEASE CONFIRM RECEIPT OF THIS EMAIL.

Kind regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

**From:** jcontarino@contarinoroth.com
**Sent:** Thursday, February 5, 2026 3:06 PM
**To:** jcontarino@contarinoroth.com
**Subject:** FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:57 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@DHILLONLAW.COM>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

Joe, I understand that you have requested that we delete the two documents you provided in response to the subpoena to Cloudflare. As you know, you sent those sometime before 2:18 PM Eastern, and between the time you sent them and the time of your below email and voicemail asking me to delete the records (around 5:15 PM Eastern), I had already downloaded and reviewed them. I will now delete the records that have been downloaded, but I will keep your transmission email.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:19 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

I received your voicemail. Please call me again. I do not understand your message.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON
LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Cloudflare <notices@trustandsafety.cloudflare.com>
**Sent:** Thursday, December 11, 2025 5:10 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Dec 11, 2025, 2:10 PM PST

Hello,

PLEASE DISREGARD THE PREVIOUS MESSAGE AS IT WAS SENT IN ERROR. PLEASE CONFIRM RECEIPT OF THIS EMAIL.

Kind regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | jcontarino@contarinoroth.com |
| **Sent:** | Thursday, February 5, 2026 3:16 PM |
| **To:** | 'Cloudflare' |
| **Cc:** | jroth@contarinoroth.com |
| **Subject:** | RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |
| **Attachments:** | 2026.01.26 Order Granting and Denying Mot to Quash.pdf |

Good afternoon. I attach an order from the court regarding the Cloudflare subpoena, among others. You will note that on page 5 the court did **not** quash the subpoena issued to Cloudflare, stating that subpoenas included in the following attachments to ECF No. 239 are not quashed: 1-6, 8-11, 13-15, and 23. As highlighted below, the Cloudflare subpoena was attachment 6 and, therefore, was not quashed. Please immediately provide the responsive documents. Thank you.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | 239 | Defendants' MOTION and Memorandum for Protective Order Regarding Third Party Sub SHERRIE MCKNIGHT, DOUGLAS ENRIQUE RIOS, WE GOT AMMO INC, WIDE ( 3 Exhibit C - Meta Platforms Subpoena, # 4 Exhibit D - GoDaddy Subpoena, # 5 Exhibit - Micamp Subpoena, # 10 Exhibit J - Blue Dog Subpoena, # 11 Exhibit K - M Merchant S Subpoena, # 16 Exhibit P - Drake Moore Subpoena, # 17 Exhibit Q - Geronimo Arms Su Exhibit U - Ken Staten Subpoena, # 22 Exhibit V - Dairyland Defense Subpoena, # 23 Ex Subpoena, # 27 Exhibit AA - Josh Jourdan Subpoena, # 28 Exhibit BB - Performance Tri 32 Exhibit FF - Malcolm Brown Subpoena, # 33 Exhibit GG - Lea Andreoli Subpoena, # (kdm). (Entered: 12/18/2025) |

Josiah Contarino
Attorney at Law
Contarino Roth LLC

973-200-1926
jcontarino@contarinoroth.com

50 Park Place, Suite 1105
Newark, NJ 07102

100 Church Street, Suite 800
New York, NY 10007

*Admitted in New York and New Jersey*

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** jcontarino@contarinoroth.com <jcontarino@contarinoroth.com>
**Sent:** Thursday, February 5, 2026 3:06 PM
**To:** jcontarino@contarinoroth.com
**Subject:** FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:57 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@DHILLONLAW.COM>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

Joe, I understand that you have requested that we delete the two documents you provided in response to the subpoena to Cloudflare. As you know, you sent those sometime before 2:18 PM Eastern, and between the time you sent them and the time of your below email and voicemail asking me to delete the records (around 5:15 PM Eastern), I had already downloaded and reviewed them. I will now delete the records that have been downloaded, but I will keep your transmission email.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON
LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:19 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

I received your voicemail. Please call me again. I do not understand your message.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON
LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Cloudflare <notices@trustandsafety.cloudflare.com>
**Sent:** Thursday, December 11, 2025 5:10 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Dec 11, 2025, 2:10 PM PST

Hello,

PLEASE DISREGARD THE PREVIOUS MESSAGE AS IT WAS SENT IN ERROR. PLEASE CONFIRM RECEIPT OF THIS EMAIL.

Kind regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | jcontarino@contarinoroth.com |
| **Sent:** | Monday, February 16, 2026 3:20 PM |
| **To:** | 'Cloudflare' |
| **Subject:** | FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |
| **Attachments:** | 2026.01.26 Order Granting and Denying Mot to Quash.pdf |

Good afternoon. I have not received a response to my February 5, 2026, email below or the attached. As mentioned in my December 11, 2025, email, I had deleted the downloaded documents but kept the transmission email. Given that the court has denied the motion for a protective order/to quash, I will re-download the documents in the transmission email. If there are any other responsive documents, please let me know.

Thank you.

---

**From:** jcontarino@contarinoroth.com <jcontarino@contarinoroth.com>
**Sent:** Thursday, February 5, 2026 3:16 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** jroth@contarinoroth.com
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

Good afternoon. I attach an order from the court regarding the Cloudflare subpoena, among others. You will note that on page 5 the court did **not** quash the subpoena issued to Cloudflare, stating that subpoenas included in the following attachments to ECF No. 239 are not quashed: 1-6, 8-11, 13-15, and 23. As highlighted below, the Cloudflare subpoena was attachment 6 and, therefore, was not quashed. Please immediately provide the responsive documents. Thank you.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | 239 | Defendants' MOTION and Memorandum for Protective Order Regarding Third Party Sub SHERRIE MCKNIGHT, DOUGLAS ENRIQUE RIOS, WE GOT AMMO INC, WIDE C 3 Exhibit C - Meta Platforms Subpoena, # 4 Exhibit D - GoDaddy Subpoena, # 5 Exhibit - Micamp Subpoena, # 10 Exhibit J - Blue Dog Subpoena, # 11 Exhibit K - M Merchant S Subpoena, # 16 Exhibit P - Drake Moore Subpoena, # 17 Exhibit Q - Geronimo Arms Sul Exhibit U - Ken Staten Subpoena, # 22 Exhibit V - Dairyland Defense Subpoena, # 23 Ex Subpoena, # 27 Exhibit AA - Josh Jourdan Subpoena, # 28 Exhibit BB - Performance Tri 32 Exhibit FF - Malcolm Brown Subpoena, # 33 Exhibit GG - Lea Andreoli Subpoena, # (kdm). (Entered: 12/18/2025) |

Josiah Contarino
Attorney at Law
Contarino Roth LLC

973-200-1926
jcontarino@contarinoroth.com

50 Park Place, Suite 1105
Newark, NJ 07102

100 Church Street, Suite 800
New York, NY 10007

*Admitted in New York and New Jersey*

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** jcontarino@contarinoroth.com <jcontarino@contarinoroth.com>
**Sent:** Thursday, February 5, 2026 3:06 PM
**To:** jcontarino@contarinoroth.com
**Subject:** FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:57 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@DHILLONLAW.COM>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

Joe, I understand that you have requested that we delete the two documents you provided in response to the subpoena to Cloudflare. As you know, you sent those sometime before 2:18 PM Eastern, and between the time you sent them and the time of your below email and voicemail asking me to delete the records (around 5:15 PM Eastern), I had already downloaded and reviewed them. I will now delete the records that have been downloaded, but I will keep your transmission email.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, December 11, 2025 5:19 PM
**To:** 'Cloudflare' <notices@trustandsafety.cloudflare.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** RE: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

I received your voicemail. Please call me again. I do not understand your message.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
www.dhillonlaw.com
*Admitted in New York and New Jersey*

DHILLON LAW GROUP INC.

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Cloudflare <notices@trustandsafety.cloudflare.com>
**Sent:** Thursday, December 11, 2025 5:10 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>
**Subject:** Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Dec 11, 2025, 2:10 PM PST

Hello,

PLEASE DISREGARD THE PREVIOUS MESSAGE AS IT WAS SENT IN ERROR. PLEASE CONFIRM RECEIPT OF THIS EMAIL.

Kind regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

|  |  |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Tuesday, February 17, 2026 4:16 PM |
| **To:** | Jcontarino |
| **Subject:** | Report updated: (#21769192) FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

##- Please type your reply above this line -##

Hello jcontarino@contarinoroth.com,

Your report (#21769192) has been replied to. Note -- When responding please make sure to keep #21769192 in the subject line.

**Cloudflare Trust & Safety** (Cloudflare)

Feb 17, 2026, 1:15 PM PST

Hello,

We re-sent our response to this matter on February 10, 2026 to jcontarino@dhillonlaw.com. Could you please check your inbox again (including your spam filter) and let us know if you're still unable to retrieve it.

Kind regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | jcontarino@contarinoroth.com |
| **Sent:** | Tuesday, February 17, 2026 4:17 PM |
| **To:** | 'Cloudflare' |
| **Subject:** | RE: Report updated: (#21769192) FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

I have moved firms so I no longer have access to jcontarino@dhillonlaw.com. Please send to this email address, as this is my new firm email address: jcontarino@contarinoroth.com

---

**From:** Cloudflare <notices@trustandsafety.cloudflare.com>
**Sent:** Tuesday, February 17, 2026 4:16 PM
**To:** Jcontarino <jcontarino@contarinoroth.com>
**Subject:** Report updated: (#21769192) FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

##- Please type your reply above this line -##

Hello jcontarino@contarinoroth.com,

Your report (#21769192) has been replied to. Note -- When responding please make sure to keep #21769192 in the subject line.

---

Cloudflare Trust & Safety (Cloudflare)

Feb 17, 2026, 1:15 PM PST

Hello,

We re-sent our response to this matter on February 10, 2026 to jcontarino@dhillonlaw.com. Could you please check your inbox again (including your spam filter) and let us know if you're still unable to retrieve it.

Kind regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Cloudflare <notices@trustandsafety.cloudflare.com> |
| **Sent:** | Tuesday, February 17, 2026 6:34 PM |
| **To:** | Jcontarino |
| **Subject:** | Report updated: (#21769192) FW: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |

##- Please type your reply above this line -##

Hello jcontarino@contarinoroth.com,

Your report (#21769192) has been replied to. Note -- When responding please make sure to keep #21769192 in the subject line.

**Cloudflare Trust & Safety** (Cloudflare)

Feb 17, 2026, 3:34 PM PST

Hello,

Cloudflare sent records responsive to the subpoena on February 10 to jcontarino@dhillonlaw.com and afusaro@dhillonlaw.com in accordance with the subpoena. We kindly ask that you coordinate with afusaro@dhillonlaw.com regarding the records.

Kind regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk

**jcontarino@contarinoroth.com**

| | |
|---|---|
| **From:** | Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com> |
| **Sent:** | Tuesday, February 17, 2026 8:05 PM |
| **To:** | Josiah Contarino |
| **Subject:** | Fw: Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ |
| **Attachments:** | Cloudflare 1 21-cv-149-RH-GRJ.zip |

Anthony J. Fusaro Jr., Esq.
***Associate* | Dhillon Law Group, Inc.**
50 Park Place, Suite 1105 | Newark, NJ 07102
Phone: 408-343-8349 | Fax: 415-520-6593
Mobile: 650-455-7437

---

**From:** Cloudflare <notices@trustandsafety.cloudflare.com>
**Sent:** Tuesday, February 10, 2026 8:28 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** Report updated: (#20726297) Cloudflare Subpoena - 1:21-cv-149-RH-GRJ

**External Email**

##- Please type your reply above this line -##

Hello jcontarino@dhillonlaw.com,

Your report (#20726297) has been replied to. Note -- When responding please make sure to keep #20726297 in the subject line.

---

Cloudflare Trust & Safety (Cloudflare)

Feb 10, 2026, 5:28 PM PST

To Whom It May Concern:

Please find enclosed Cloudflare's response to your records request in Case No. 1:21-cv-149-RH-GRJ. For security purposes, you may have received a password to the protected zip file from a Custodian of Records to the phone number listed on the legal process or as a follow up email.

The information in the attached documents represents reasonably accessible information from our system responsive to your request, and that we are permitted to disclose pursuant to applicable law. If your request did not specify a time frame, we limited our search for responsive records to the previous 365 days.

Cloudflare does not collect billing records for free accounts. For more details regarding payment transactions, including full credit card numbers, please contact Cloudflare's third party credit card

processor.
Cloudflare used Recurly as its third party credit card processor until May 24, 2016. Please contact Recurly for more details regarding transactions that occurred prior to May 24, 2016. Recurly's Agent for Service of Process is Isaac Hall, 300 Brannan Street, Suite 608, San Francisco, CA 94107. Cloudflare used Braintree as its third party credit card processor from May 24, 2016, until December 2020. For more details regarding transactions that occurred between May 24, 2016, and December 2020, please contact Braintree (PayPal) - https://www.paypal.com/us/webapps/mpp/law-enforcement. Cloudflare began using its current third party credit card processor, Stripe, in December 2020. If a paid account has any transaction details, they will be attached in a separate folder. For more details regarding any transactions that occurred after December 2020, please contact Stripe at notices@stripe.com.

If you require information pertaining to the website itself, such as visitor traffic and user activity logs for a particular website, you should contact the underlying host for that information.

For additional context regarding our services, Cloudflare runs a global network that provides security and performance services for Internet-facing websites and applications around the world. The majority of websites that use Cloudflare's services use our reverse proxy, pass-through security service. Due to the pass-through nature of those services, our IP addresses appear in WHOIS and DNS records for those websites. Cloudflare cannot remove content from the Internet that it does not host, and generally does not collect or keep information regarding the end users of websites using our services. You can find more information about the type of information we collect on our Law enforcement page.

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk