Outlook

## RE: FRT

**From** Glenn Bellamy <gbellamy@whe-law.com>
**Date** Fri 12/1/2023 10:57 AM
**To** Adam Floyd <AFloyd@floydip.com>

Adam,

We would like to interpret it that way, too. But the US Attorney in the ED NY has already said anything done with RB "approval" would be considered in "participation with them." We don't agree, but the judge there has no love lost for RB, so they are not willing to risk contempt at this point.

Not that my opinion matters, but I really don't think the ATF will return *any* seized triggers until ordered by a court to do so. And they will seek a stay of any such order pending appeal. They have been denied a stay of the current preliminary injunction by the district court and the 5th Circuit (yesterday). I fully expect them to ask SCOTUS for a stay any day now. The pending MSJ seeks return of all seized triggers, but I can see that part more likely being stayed pending appeal.

Regards,
Glenn

**Glenn D. Bellamy**
Partner
Litigation Practice Group Leader

600 Vine Street | Suite 2800 | Cincinnati, Ohio 45202
Direct: 513-707-0243 | Mobile: 513-290-8887
whe-law.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. ITAR NOTICE: This email may contain or attach defense technical data or confidential product and service information covered by the United States Munitions List and International Traffic in Arms Regulations. U.S. State Department authority for the export of such technical data and information from the United States is required. Re-export, re-transfer, disclosure or re-distribution of such data to unauthorized parties, including non-US citizens is strictly prohibited.

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Tuesday, November 28, 2023 4:54 PM
**To:** Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** Re: FRT

Glenn,

Based on the language, I would think RB is free to grant a patent license. Let me know if they are amenable.

On Tue, Nov 28, 2023 at 3:07 PM Glenn Bellamy <gbellamy@whe-law.com> wrote:

> Adam,
>
> I'm very aware of the injunction from the ND Texas in the *NAGR v. Garland* case as I am one of the attorneys of record in the case. The Government has appealed the preliminary injunction and has asked the 5th Circuit to stay the injunction pending the appeal. The preliminary injunction requires ATF not to destroy seized triggers, but that would only be effective as of the date of the injunction forward. Earlier seized triggers could have already been destroyed. As part of a final judgment, the plaintiffs are seeking return of seized triggers (that have not already been destroyed), but that part of the relief might be stayed pending an appeal. Of course, the outcome of the *Cargill* case in the Supreme Court may control the final outcome in the *NAGR* case.
>
> Under the terms of the ED NY preliminary injunction, Rare Breed cannot authorize or participate with anyone selling forced reset triggers. It says: "The Government's motion for a preliminary injunction is GRANTED . . .. Defendants, their agents, officers and employees, and all other persons and entities in active concert or participation with them, are . . {r]estrained from engaging in any sales of the FRT-15, the Wide Open Trigger, forced-reset triggers, and other machinegun conversion devices until and unless otherwise ordered by this Court . . .." So, RB cannot even consider or discuss any type of arrangement like what you propose.
>
> Regards,
> Glenn
>
> **Glenn D. Bellamy**
> Partner
> Litigation Practice Group Leader
>
> Wood Herron & Evans LLP intellectual property law
>
> 600 Vine Street | Suite 2800 | Cincinnati, Ohio 45202
> Direct: 513-707-0243 | Mobile: 513-290-8887
> whe-law.com
>
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you

are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.
ITAR NOTICE: This email may contain or attach defense technical data or confidential product and service information covered by the United States Munitions List and International Traffic in Arms Regulations. U.S. State Department authority for the export of such technical data and information from the United States is required. Re-export, re-transfer, disclosure or re-distribution of such data to unauthorized parties, including non-US citizens is strictly prohibited.

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Tuesday, November 28, 2023 11:56 AM
**To:** Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** Re: FRT

They would like to get the WOT triggers that the ATF seized back to sell them. They would of course be willing to share the profit with RB.

On Mon, Nov 27, 2023 at 12:23 PM Glenn Bellamy <gbellamy@whe-law.com> wrote:

Adam,

Before I can ask Lawrence and Cole about it, I need to be more clear on what you mean by "obtaining their FRT's from the ATF and selling them."

Regards,
Glenn

**Glenn D. Bellamy**
Partner
Litigation Practice Group Leader

Wood Herron & Evans LLP intellectual property law

600 Vine Street | Suite 2800 | Cincinnati, Ohio 45202
Direct: 513-707-0243 | Mobile: 513-290-8887
whe-law.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.
ITAR NOTICE: This email may contain or attach defense technical data or confidential product and service information covered by the United States Munitions List and International Traffic in Arms Regulations. U.S. State Department authority

for the export of such technical data and information from the United States is required. Re-export, re-transfer, disclosure or re-distribution of such data to unauthorized parties, including non-US citizens is strictly prohibited.

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Monday, November 27, 2023 11:31 AM
**To:** Glenn Bellamy <gbellamy@whe-law.com>
**Subject:** FRT

Glenn,

I was wanting to get your client's temperature on Doug, Tony, and myself obtaining their FRT's from the ATF and selling them.

As you probably know, a Federal Court here in Ft. Worth has enjoined the ATF from enforcing their FRT ruling. The judge, however, excluded Rare Breed and its officers from the injunction to avoid a conflict with the court in NY. My clients would need Rare Breed's permission to sell FRT's, under the terms of the settlement agreement.

Rumor has it that other players are trying to enter the market, so time is of the essence.

Let me know when you and/or your client have time to discuss.

Best Regards,
Adam

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

> This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.