28



Adam

iMessage
Jan 9, 2024 at 2:28 PM

Adam, this is Lawrence DeMonico. I received your voicemail and wanted to respond. I'm willing to hear what you out. When would you like to meet?

Jan 9, 2024 at 5:04 PM

Anytime this upcoming weekend will work, as I'll be in Austin. If that doesn't work, I'll have to get back to you. I do travel to Austin on a regular basis.

Jan 10, 2024 at 12:25 PM

What side of Austin on you on?

Jan 10, 2024 at 2:18 PM

Lakeway

Jan 10, 2024 at 6:56 PM

How about Friday around 3 pm? You can pick somewhere near you. Probably 30 minutes.



28

Adam

You can pick somewhere near you. Probably 30 minutes.

Jan 12, 2024 at 8:26 AM

Are we meeting today?

Yes.

My day is packed. Let me get back to you in a bit with a location.

Jan 12, 2024 at 1:43 PM

Runaway Luna
13420 Galleria Cir
Unit A 110
Bee Cave, TX 78738

3pm good?

I'll be there 3:30.

Roger that

Delivered