# Adam Floyd - Lawrence DeMonico Meeting

Recording Name:
[Adam Floyd - Meeting - Jan 12 2024.m4a]

Transcript Prepared By:

DITTO

(720) 287-3710
1355 S. Colorado Blvd.
Suite C515
Denver, CO 80222

DUNS Number: 037801851
CAGE Code: 6C7D5
Tax ID #: 27-2983097

Female: Here you go.
DeMonico: Thank you.
Female: Of course.
DeMonico: Man. How was it? Man.
Floyd: Lawrence.
DeMonico: Hey.
Floyd: How you doing?
DeMonico: Good to see you. Grab something to drink?
Floyd: No.
DeMonico: You going to be here that long?
Floyd: No.
DeMonico: Okay.
Floyd: Probably half an hour, maybe.
DeMonico: Okay.
Floyd: I just wanted to discuss a proposition with you because I'm thinking of getting into the FRT business.
DeMonico: You are?
Floyd: Yeah.
DeMonico: Personally?
Floyd: Yeah.
DeMonico: Okay.
Floyd: And, uh, I wanting to see about getting a license from you. I know that-- I talked to Glenn. I read the, uh, New York order. It does not preclude that. He agrees, but he's like, "Well, they're kind of jumpy," which I

get. But we could maybe set something up if you'd like a-- one idea I had was you could set up, like, a charitable defense fund for all your litigations and stuff, and it could be a form of contributions to that. Um, open to ideas if you're-- if you're even interested. My guess is that by the time you guys are done with all that, they'll probably be outlawed, because I imagine they will legislate it. I don't think there's a big window.

DeMonico: You know, a few years ago-- well, I-- I might have agreed, but even after Vegas happened, bans on bump stocks went up three times--

Floyd: Mm-hmm.

DeMonico: --and then died all three times. So, could it happen? Absolutely. Would it surprise me? I mean, nothing would surprise me at this point. Um--

Floyd: Yeah.

DeMonico: But, you know, I also kind of look at, you know, historical patterns and, you know, and especially after Bruen now, I don't know that they could, you know?

Floyd: Yeah, I don't think it'll be covered under Bruen. It's hard to say that that's a-- that that would-- commonly used item for self-defense, and there's really no real self-defense purpose of it, other than if you go to

the real purpose of self defense.
DeMonico: I mean, if it wasn't-- I mean, if-- if there wasn't legislation against an item like that historically, then it might not pass the muster, but-- but it's an argument to be made--
Floyd: Yeah.
DeMonico: --regardless.
Floyd: Yeah, yeah.
DeMonico: Um, um, what, um-- I-- I-- I had no idea why you wanted to sit down.
Floyd: Well, I didn't know, like--
DeMonico: But I also am now kind of like-- I'm a little, I guess, shocked that you personally want to get into the game. Does this not have to do with, you know, Tony, BDU, any of those guys?
Floyd: No, I mean it-- you--
DeMonico: Is this completely separate and independent or--
Floyd: Yeah. I mean, if you were willing to bring them in and give them a covenant not to sue them, then sure, I would use them because they already have a lot of connections in the area. So, it would be easier for me. But whether they're in or out, I'm going to do it.
DeMonico: Okay.
Floyd: Um, you know, I think it-- well, I don't know how forthcoming Glenn is with you, but that patent's not a

very strong patent.
DeMonico: Well, we've bought up-- we've bought up every-- every one of the patents now.
Floyd: Yeah, but that's the only one that's-- has any sort of teeth to it. I've looked at all your other patents.
DeMonico: And we currently have a few pending that haven't been, what is it called, um--
Floyd: Published?
DeMonico: --public yet. Yeah.
Floyd: Yeah.
DeMonico: Um, I mean, a couple of them have been pending for, shit, more than a year. So, I'm kind of like, where are they at?
Floyd: Yeah.
DeMonico: Um--
Floyd: Yeah, everything's slow there right now.
DeMonico: And hindsight being 20/20, I would have loved to have expedited them, but I didn't, and I don't think you can turn that on after the fact.
Floyd: Yeah, I think that's right.
DeMonico: Yeah. Um--
Floyd: Well, there is an exception, I think. Talk to Glenn, but it's-- if you-- if you see things on the market that are infringing upon what you're pending, you can expedite under that basis.

DeMonico: Oh.
Floyd: So--
DeMonico: I am-- I'm sure you can imagine--
Floyd: I've seen the other--
DeMonico: --all I-- all I do now is work on litigation.
Floyd: Yeah.
DeMonico: It's, like, all I do is-- e-- especially this Tex-- this case in the Northern District of Texas, it's-- um, the last pleading in the case was due today, and the government just submitted it, I don't know, two hours ago, and I'm only halfway through reading it. There's nothing new, no new arguments, nothing that's going to save them. I'm 99 percent sure it's going to go our way.
Floyd: Yeah.
DeMonico: Um, my only real question, if we're being honest, is how broad will his injunctive relief be? And then, of course, that doesn't really cover my ass in New York.
Floyd: No. I mean, he can't-- he can't--
DeMonico: Yeah.
Floyd: He had a-- like, he had a--
DeMonico: He can't interfere.
Floyd: He had to do what he did--
DeMonico: Yeah.
Floyd: --to carve it out.

DeMonico: Right.
Floyd: Because he’s not going to go up against another federal judge.
DeMonico: No.
Floyd: Obviously.
DeMonico: Well, I-- yeah, it wouldn't be his place.
Floyd: No.
DeMonico: Um--
Floyd: So, you guys are stuck with that.
DeMonico: We are.
Floyd: I think-- I think you'll win there. I think you'll actually win the Fifth Circuit. Who knows what the Supreme Court will do, whether they will even take it up?
DeMonico: Well, I don't know if they'll have to, because now that Cargill is in front of the Supreme Court--
Floyd: Yeah.
DeMonico: --the government's opening brief was submitted a week ago, a week and a half ago. Um, Cargill's brief is due next week. Um, all the amicus are due next week. We've got an amicus going in on that. And depending on the questions answered by the court, it may need to be dis-- dispositive for us. It may not.
Floyd: Yeah.
DeMonico: But we know how they like to use a scalpel and not a

shotgun.
Floyd: Yeah.
DeMonico: So, depending on what questions they answer-- and I kind of feel like in order to answer whether or not a bump stock's a machine gun, you also have to answer, what does single function of the trigger mean?
Floyd: Single function. Yeah.
DeMonico: Um, and that's really where we're talking about the big split in the circuits is, you know, what does single function of the trigger mean? So, I feel like they kind of have to answer that question and of all the circuits, you know, even in the Navy, Marine Corps, DC Circuit, the Sixth Circuit, the Tenth Circuit, and the Fifth Circuit, out of all of them, the Fifth Circuit's really the only one that kind of analyzed and actually gave an opinion. Everybody else just--
Floyd: I agree.
DeMonico: Whether they called it Chevron or not, they gave deference to-- except for the Navy, Marine Corps--
Floyd: Right.
DeMonico: --they gave deference to the ATF.
Floyd: Right.
DeMonico: So, I don't know. I, um--
Floyd: But you don't think that if the Supreme Court said,

"Bump stocks are good," you wouldn't see a legislation?
DeMonico: I don't.
Floyd: I think-- I think you will.
DeMonico: I don't. I think that--
Floyd: I mean, obviously, it would depend upon whether Biden gets re-elected, but right now, it looks like it's going be him and Trump, so I think he's going to get re-elected, as much as I-- it pains me to say that.
DeMonico: You know, I-- uh, I don't know what to think about that. I know that the mi-- like, a lot of the minority community now hates Biden. Like, he didn't do shit for them, you know?
Floyd: Well, neither did Obama though.
DeMonico: N-- right.
Floyd: Obama didn't do shit for them and they re-elected him anyway.
DeMonico: Right. Well, true.
Floyd: And, I mean--
DeMonico: True.
Floyd: --Trump's already been talking about what he's going to do to the illegal immigrants, so.
DeMonico: Oh, yeah.
Floyd: They're going to-- they're going to vote for Biden.
DeMonico: Yeah.

Floyd: I mean--
DeMonico: Yeah, you're probably right.
Floyd: I mean--
DeMonico: You’re probably right.
Floyd: --you know, bad or worse--
DeMonico: Right.
Floyd: --from the-- from their perspective.
DeMonico: Right.
Floyd: I mean, because if fucking Trump goes in there, he's going to start rounding people up.
DeMonico: Right. Uh, well, I can't answer your question today--
Floyd: No, I don’t--
DeMonico: --because I've got-- I've really got to figure out at-- at this point with so many different, uh, litigations going on and I-- the last thing I want to do, I'm not trying to go to jail for being in contempt.
Floyd: Yeah, I-- no, I get that.
DeMonico: And I can tell you this judge in New York--
Floyd: Mm-hmm.
DeMonico: --she fucking hates me. I mean, I might as well be the devil.
Floyd: Yeah. I--
DeMonico: Um--
Floyd: Yeah.

DeMonico: So--
Floyd: That-- that doesn't surprise me.
DeMonico: I-- I mean, there's a-- I mean, I probably need to go back to the team that's handling that case and really talk to them about-- get them to give me-- and you know attorneys. They don't ever want to give you a hard decision.
Floyd: Yeah.
DeMonico: They want to play both sides of the fence to cover their ass, but--
Floyd: Yeah. That depends.
DeMonico: Get them to give me an actual hard decision on whether or not-- what they think because even-- here's my concern. My concern is, even if they agree, they're going to err on the side of caution and say, it's another fight we don't want to have in the Eastern District of New York.
Floyd: Well, I mean I don't know what they told you about Eastern District of New York, you're going to be there a long time.
DeMonico: Oh, yeah.
Floyd: That's a very, very slow--
DeMonico: Oh, yeah.
Floyd: Yeah. And that judge is probably just going to slow-play you on purpose because now you're enjoined, so

it’s like--
DeMonico: Right, right?
Floyd: Yeah, screw it. You know?
DeMonico: Right.
Floyd: You'll get your day in court five years from now or she could just wait and see what the Supreme Court does and what the Fifth Circuit does.
DeMonico: And you know what, the Supreme Court, I mean, it'll be decided by May--
Floyd: Yeah.
DeMonico: June at the latest.
Floyd: Right.
DeMonico: So-- and I-- the way that the Supreme Court's currently seated, I cannot imagine this going the other way.
Floyd: I don't know. I think it's, uh, up in the air. Because I mean, frankly, single function, as you know, doesn't make any sense. No one in guns talks that way. You don't say, it's a single function of a trigger. What does that even mean? It's-- it’s-- it’s-- it’s nonsensical.
DeMonico: Well, I feel like it makes perfect sense.
Floyd: They could have said, pull-- a single pull of the trigger.
DeMonico: And they did for rifles and shotguns. And they didn't

and-- for machine guns because they wanted to talk about how the item worked and not how a shooter made input to it. A single pull, I can pull, you can pull, we can pull. But the trigger functions, and if it moves, therefore functions, every time it moves, it fires one round. Well, it's one round per function of the trigger and what is-- what-- and this is stuff we've already gotten in--

Floyd: Yeah.

DeMonico: --it-- out of-- even the ATF's experts on the stand, what is the-- what is the function of a trigger in an AR-15? It's to release the hammer. So, for every single function, it releases the hammer one time and fires one round. Now, to me, there's no ambiguity at all. It is crystal clear. And I never would have gone this direction had I felt like there was any ambiguity in that. But now, of course, the government argues opposite. You know, they argue that, you know, function does mean pull. But they also have argued that it means single pull. It means single continuous pull. It means single continuous pull and analogous motions. It means constant pressure, constant rearward pressure.

Floyd: Yeah, that's what I would have said.

DeMonico: Like-- like it's-- like, I-- I-- I--

Floyd: I think that's their best argument. When you-- when you apply a constant rearward pressure.

DeMonico: The problem that I have with-- I've got many problems with that, but when they put forth a rule, 479.11, they had the opportunity to use whatever language they wanted to.

Floyd: Yeah.

DeMonico: And they chose single continuous pull and analogous motions.

Floyd: Right.

DeMonico: Why didn't they use constant rearward pressure? They had their fucking chance. So how do you say, you know, two years ago, your best interpretation was--

Floyd: Right.

DeMonico: --single continuous pull and analogous motions and now you argue that it means constant rearward pressure? How do you-- i-- you can't just pick your flavor of the week and change it.

Floyd: Right.

DeMonico: I mean, we'll see how it plays out. I feel like-- I feel very, very confident. We're good in the Northern District of Texas.

Floyd: Yeah.

DeMonico: Um, I feel pretty good. When Judge O'Connor issued the injunction and the government requested a stay, he

told them no. Then they requested an emergency stay from the Fifth Circuit, and the Fifth Circuit told them no. And the language they used in their no was pretty favorable for us.

Floyd: Yeah.

DeMonico: So-- and I believe it was-- I'm certain it was one, it might have been two on that three-judge panel, that had gone the other way on bump stocks, but now they feel bound by Cargill.

Floyd: (inaudible - 00:22:03).

DeMonico: Well, when we talk about single function of the trigger, that was only a plurality. It wasn't a majority.

Floyd: Right.

DeMonico: But they're still using that. I mean, they stated, "This is still highly persuasive. We're going this way." Cool, great.

Floyd: Yeah.

DeMonico: So, even when it gets to the Fifth Circuit, I feel like we're good. The question is, will-- will the question be answered by the Supreme Court in Cargill, or will we have to go all the way? I can't imagine the government doesn't appeal the-- Judge O'Connor's decision that is likely-- in this case, he's ruled hours or days on anything. Like, I think the longest

he's waited to rule on something in front of him was, like, three days. So, my guess is we will absolutely have a decision before the end of the month.
Floyd: Right.
DeMonico: And then the question is, will-- I-- I don't know how the government doesn't appeal to the Fifth--
Floyd: Oh, they--
DeMonico: --even though they know it's a losing battle. They--
Floyd: They have to.
DeMonico: They're going to have to.
Floyd: They have to. They have to do that to go to the Supreme Court.
DeMonico: Right. Well, but the question is, will the Supreme Court answer it in Cargill? But they--
Floyd: Right.
DeMonico: --they have to-- they have to appeal even to--
Floyd: They--
DeMonico: --uh, to hedge their bet.
Floyd: That's right.
DeMonico: So-- but I mean, I-- I feel like we couldn't be in--
Floyd: And if they don't address it in Cargill, they probably won't take this case up because--
DeMonico: Right.
Floyd: --that's what they do, so.
DeMonico: Right.

Floyd: And then you're going to have a weird split. You know, New York's going to stand fast and I-- and they're-- and they're--
DeMonico: Well, we're not in-- like, we're not in New York on whether or not this is machine guns.
Floyd: Oh, that's right.
DeMonico: That's not the question for her to answer. So, it wouldn't be a split. The government was too afraid to bring me up on criminal charges. They-- I-- they would never, ever, e-- and I told you this in the mediation when we sat across they-- they won't do it. They can't win. They cannot win--
Floyd: A criminal?
DeMonico: --a criminal prosecution.
Floyd: I don't know, I think they could.
DeMonico: I mean, if-- if they could, it would be in New York.
Floyd: Not for machine gun necessarily, but for things like destruction of property or destruction of evidence. I mean--
DeMonico: Good luck with that. Like--
Floyd: Uh, they have you on video. You're like, "Yeah, we're getting rid of all this stuff." It's like, that's destruction of evidence.
DeMonico: I don't know what you're even talking about.
Floyd: They had a video that was like, "Oh, we're not-- you

know, whenever you order one of these triggers, we're not keeping it."
DeMonico: Oh.
Floyd: "We're destroying all this stuff." That's destruction of evidence. I mean, that's clear cut. Like--
DeMonico: We'll see how that plays out. I mean, they haven't even argued-- made that argument. Um, anyway, like, I mean, they didn't want to bring me up on criminal fraud. They wanted that burden of proof as low as possible so it's a civil action.
Floyd: Yeah.
DeMonico: A-- and what's even crazier is the way they brought me up, it's a Section 1345 action, is also in front of the Supreme Court as being, like, overly broad and it may even get squashed because they're using it for things that it was never intended to be used for because-- because they fucking can and--
Floyd: Yeah.
DeMonico: --nobody stopped them.
Floyd: Right.
DeMonico: So, whatever. I mean, they may end up getting this, you know, some kind of civil, you know, remedy. I-- I don't know. We'll see. But I mean, I even sat on the stand in New York and said, "If you want to charge me, charge me, let's do it." But this is, you know,

fucking playing a stupid game.
Floyd: Yeah.
DeMonico: And all of this is your own doing. Like, you could have just gone for it. But, you know, and I think that what they really thought was that they could get their injunction and then they could slow roll it and just keep me out of business for, fuck, a decade.
Floyd: Yeah.
DeMonico: But it didn't stop everybody else from, you know, infringing.
Floyd: Right. Right.
DeMonico: I mean, I-- I-- there are so many websites out now.
Floyd: No, I-- yeah, I’ve been--
DeMonico: So many.
Floyd: Yeah.
DeMonico: Um, you know, quite a few of them, I know who they are, and quite a few of them, I've got no fucking clue, but, um--
Floyd: Well, I mean, and that's another thing. I guess we could put that on the table, too, is in terms of if you do decide you're willing to license me, I could send cease and desist letters to these people to at least limit what’s going on.
DeMonico: Are you still representing Tony at all? Okay.
Floyd: No. No, he still owes me money.

DeMonico: That doesn't surprise me.
Floyd: I-- I know. Like, welcome to the club, right?
DeMonico: That doesn't surprise me.
Floyd: No.
DeMonico: That doesn't surprise me at all.
Floyd: Doug paid me, so.
DeMonico: Doug did?
Floyd: Yeah. It took him a little--
DeMonico: I figured that--
Floyd: Took him a little while, but he did pay me, so.
DeMonico: Uh, does he owe you a little or a lot?
Floyd: Not that much.
DeMonico: Oh.
Floyd: 150k. So, not like a lot.
DeMonico: That's a lot.
Floyd: Well, not that-- I mean--
DeMonico: That's a lot. Six figures is a lot of money.
Floyd: Yeah.
DeMonico: No. I mean, I really, truly don't know how-- how he's, like, still in business.
Floyd: I don't either.
DeMonico: Whether it's me or-- like, it's just-- I feel like that when your house of cards falls, it falls.
Floyd: Yeah.
DeMonico: And I don't know-- like, I don't know how he's managed

to, like--
Floyd: Yeah.
DeMonico: --blow a little bit more air back under those hou-- under those cards to get them to stand and just--
Floyd: Yeah.
DeMonico: And I feel like the industry, they've all got it all figured out. Everybody knows.
Floyd: Yeah, I don't think he's going to be back in this industry, but I mean, he still has, like, vitamins and he's doing, like, other online sales stuff. All of his gun stuff is in bankruptcy. I don't know if you know that but, like, all the Big Daddy stuff, they're all in-- they're all in Chapter 7, so.
DeMonico: I did not know that.
Floyd: Yeah. All of his-- shut down all those stores and he sold off his-- all of his merch.
DeMonico: Really?
Floyd: Yeah.
DeMonico: What about his bi-- his building, his main building?
Floyd: Yeah, it's gone.
DeMonico: Gone?
Floyd: Yep. All that stuff.
DeMonico: So, does he even have an office anymore?
Floyd: Not-- not that I know of. Not for that anyway. I think the-- he-- he and his wife do, like, some kind of

holistic vitamins.
DeMonico: I did know about that.
Floyd: Stuff like that.
DeMonico: Mm-hmm.
Floyd: That's still going. So, I don't know if they have an office for that, but I think that's primarily online, so.
DeMonico: Holy guacamole. I didn't know that it had all gone away.
Floyd: Yeah, I don't think he's, you know-- well, he obviously didn't make a lot of friends in the gun industry.
DeMonico: No.
Floyd: So, I don't think he's going to get back into that industry. I don't think that would be a good move for him.
DeMonico: I mean, he's still selling triggers.
Floyd: He is?
DeMonico: Yeah. I mean, he's got a trigger, like--
Floyd: Doug is-- Doug is doing that. I know Doug's doing, um, binary triggers.
DeMonico: I mean, so it was-- I mean, I don't really pay attention to what Tony is doing, but it was my impression that G-Flex was a binary Glock trigger. Was all--

Floyd: No, that's c-- that's Doug. Well, I don't know. He calls it-- he calls it-- I don't know if it's called G-Flex. That's Doug's. He has a-- he has a Glock binary trigger.
DeMonico: I thought that was Tony.
Floyd: It's called Performance Triggers, I think, is what he calls it.
DeMonico: Yeah, okay.
Floyd: That-- that's Doug. Doug Rios.
DeMonico: And it's-- I mean, I can't imagine Tony's not involved.
Floyd: I don't think he and Doug have-- I think Doug is kind of fed up with Tony because apparently Tony owes him a bunch of money too.
DeMonico: Of course.
Floyd: From the-- from the other stuff, so.
DeMonico: Now what about George?
Floyd: I-- I don't know. Um, yeah, I don't know about George. I wasn't really-- I-- I met him a couple times, but--
DeMonico: Now, I know that when-- last time I saw you and we sat down, George had left the company, and I assumed that that really wasn't the case, but he had just-- just left so that he wasn't there. But, I mean, it was my understanding that-- so, I can't remember the name of that-- that vitamin company.

Floyd: Yeah, he didn't have any-- yeah, I can't either.
DeMonico: But George--
Floyd: But he doesn't have any employees, for the gun stuff anyway.
DeMonico: But George had been riding Tony's coattails as, like, his number two for, like, two decades. So, I can't imagine that George is, like, no longer-- you know, I mean, how do you walk away from somebody when they've been carrying you for two decades?
Floyd: Right.
DeMonico: Yeah.
Floyd: Yeah, I don't know.
DeMonico: Wow, I did not know any of that about Tony.
Floyd: Yeah, I think he's-- I think he's done.
DeMonico: Now he re-- Tony reached out to me too, after you, and said, "You should talk to Adam. He's got a good idea."
Floyd: Yeah.
DeMonico: So, he knows that you're coming to see me, apparently.
Floyd: Well, I-- I talked to Doug.
DeMonico: Oh. Oh, you talked to Doug?
Floyd: Yeah.
DeMonico: But you didn't talk to Tony?
Floyd: No.
DeMonico: So, Doug must have told Tony.
Floyd: Right. Yeah, probably. Well, I think Doug-- because I

think Doug was like, “Well, we can get Tony involved because he knows how to market stuff. Like, have him set up websites and all that crap.” And I said, “Well, tell you right now, if he's involved, all the money's coming through me.”

DeMonico: Yeah.

Floyd: “Because I don't trust him.”

DeMonico: No.

Floyd: And he's like, “I don't either.” He said he-- because he owes him a bunch of money. So, I was like, “All right. Well, if he does get involved, then we're going to-- I'm going to be in charge of money. And what he owes me and what he owes you is coming out from the top of his-- whatever he's getting.” So, we'll see. But--

DeMonico: Okay.

Floyd: Anyway.

DeMonico: Do you already have-- is this a concept or do you-- like, are you ready to play ball?

Floyd: I’m ready. Ready.

DeMonico: Okay. Well, I obviously have to make some phone calls.

Floyd: Yeah, yeah. No, I get it.

DeMonico: Last thing I want to do--

Floyd: Nope. I-- well--

DeMonico: --is the wrong thing and find myself in-- in deeper

water than I'm already in.
Floyd: That's why I didn't want to leave-- that's why I wanted to talk to you in person, because I don't know who's listening to your stuff. I don't trust the government.
DeMonico: I would-- I would imagine every one of my calls is listened to.
Floyd: Well, that's what I'm thinking too.
DeMonico: Mm-hmm.
Floyd: That's why I was like, let's just meet in person.
DeMonico: I mean, every ph-- call I take, I assume it's being recorded.
Floyd: That's-- that's what I would assume too.
DeMonico: Yeah.
Floyd: All right.
DeMonico: Okay.
Floyd: So--
DeMonico: So, I'm glad you wanted to sit down too.
Floyd: Yeah.
DeMonico: I've had-- I have had other people call me and bring things up that I'm like, "Dude, I can't-- I don't even-- I don't-- I-- prank caller, prank caller."
Floyd: Yeah.
DeMonico: Like, "I don't know who you are. I can't have this conversation. Like, stop talking to me."

Floyd: "I have no idea what you're talking about."
DeMonico: Especially when it's somebody that I don't know, I'm like, "Dude, I don't even know you."
Floyd: Oh, yeah.
DeMonico: Like, "I'm not having this conversation with you."
Floyd: Right.
DeMonico: Weirdest thing.
Floyd: Yeah.
DeMonico: Weirdest thing. All right. Well, um, are there any-- are there any, like, weird issues or conflict issues that we would need to deal with, being that we've been on the opposite side of the table?
Floyd: No, because all that stuff's done.
DeMonico: Okay.
Floyd: So, I have no conflicts.
DeMonico: Okay.
Floyd: I currently represent no one in this industry.
DeMonico: Okay. And it wouldn't matter that we've been on the opposite side of the table?
Floyd: It wouldn't matter.
DeMonico: Okay.
Floyd: Yeah, that's all done, so.
DeMonico: Yeah, I've never-- uh, never been in this situation where I was--
Floyd: No, I've had a lot of client-- people hire me after

I've had a case on the opposite side of them, that client will hire me for other stuff. I've had that happen several times.

DeMonico: Okay. Okay. All right. Well, I got lots of thoughts now. Like, I just-- I'm kind of a little shocked. Um, I just wouldn't have imagined that you wanted to play ball. Okay. Well, do you, um, also have a house or family in the area?

Floyd: In Austin?

DeMonico: Mm-hmm.

Floyd: No, I lived here for 15 years. So, I have a lot of friends here, and my in-laws are in Copperas Cove.

DeMonico: Oh, okay.

Floyd: About an hour from here.

DeMonico: Yeah, I know where that is.

Floyd: Yeah.

DeMonico: Okay. So, you're just driving through?

Floyd: No, we c-- we're going to meet some-- meet up with a bunch of friends, and people we used to have Bible study with, and-- um, and then we're going to go see her folks, but--

DeMonico: Your wife?

Floyd: Yeah, my wife's folks.

DeMonico: Okay.

Floyd: Yeah.

DeMonico: You have kids with you too?
Floyd: No.
DeMonico: Just you and your wife?
Floyd: Just my wife and I. My kids are both grown, so.
DeMonico: How old are they?
Floyd: 30 and 40.
DeMonico: 30 and 40? How old are you?
Floyd: 60.
DeMonico: Holy shit. Well, you had one early at 20.
Floyd: Yes, I did.
DeMonico: But I wouldn't have guessed you were 60. Wow. Okay. I, uh--
Floyd: Yours are still fairly young, right?
DeMonico: Yeah, I didn't have my first until I was 40.
Floyd: Oh, wow.
DeMonico: But I spent so much time in the war that my wife was like, "Not until you're done." I mean, if we're being honest, I'm really lucky to be here. I have been shot in the chest, I've had my skull fractured.
Floyd: Geez.
DeMonico: Five surgeries on this shoulder, two titanium implants in my neck, both of my hips are fused to my spine. I've been hit with multiple roadside IEDs.
Floyd: Damn, Dude.
DeMonico: Like, yeah. So, I am-- I couldn't be any luckier to be

here.
Floyd: Yeah.
DeMonico: So, the last time I came home with, like, a gunshot wound to the chest, my wife's like, "No, we're not having kids till you're done. Till you're done." So-- and I-- I can't blame her.
Floyd: No.
DeMonico: So, the last time I came home from Iraq, you know, and I hung up my spurs, she was like, "All right, we can have kids."
Floyd: Now--
DeMonico: Yeah. So, I had them really late, which of course there's pros and cons. Like, I have a little bit harder of a time keeping up with them--
Floyd: Yeah.
DeMonico: --because I'm older.
Floyd: Right.
DeMonico: But then of course, being older, you've got that, you know, financial security you probably didn't have at 20.
Floyd: Yeah, right.
DeMonico: You know what I mean?
Floyd: For sure.
DeMonico: So--
Floyd: Well, also mature and a lot wiser than you were when

you were 20, so.

DeMonico: Yes. Yes, for sure. Yeah, big-- big trade-off.

Floyd: Yeah.

DeMonico: But I-- I don't think I'd change it. Like, I'm--

Floyd: Yeah. My dad did the same. He started when he was 40. He was in World War II, Korea. And he said he didn't start until he was 40 years old. Until-- he didn't get married until he was, like, 38, so.

DeMonico: Wow. Wow. Awesome. All right, man. Well, I'll let you get to it. Um--

Floyd: Yeah, man.

DeMonico: I like your kicks.

Floyd: Thanks.

DeMonico: Yeah. I will-- um, I mean, it's Friday. Close to the close of business. But I'm-- I'm going to start making phone calls right now.

Floyd: Yeah. All right.

DeMonico: I appreciate your time.

Floyd: I look forward to hearing from you.

TRANSCRIBER'S CERTIFICATE

I, Tracy Bowman, do hereby certify that I have listened to the recording of the foregoing; further that the foregoing transcript, Pages 1 through 30, was reduced to typewritten form from a digital recording of the proceedings held January 12th, 2024, in this matter; and that the foregoing is an accurate record of the proceedings as above transcribed in this matter on the date set forth.

DATED this 12th day of July, 2026.

Tracy Bowman

Ditto Transcripts
1355 S. Colorado Blvd.
Suite C515
Denver, CO 80222
Tel: 720-287-3710
Fax: 720-952-9897

DUNS Number: 037801851
CAGE Code: 6C7D5
Tax ID #: 27-2983097