# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-7021-R** **Date: Dec. 21, 2009**

**TITLE: DAVID L. ROSS et al V. RONALD B. OLUND et al**

==================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

**William Horrell**
**Deputy Clerk**

**Sheri Kleeger**
**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**

**Michael Waddington**
**David Ross**

**ATTORNEYS PRESENT FOR DEFENDANTS:**

**PROCEEDINGS:** ORDER TO SHOW CAUSE why sanctions should not be imposed

**The Court hears from David Ross. The Court finds Mr. Ross in contempt of this Court for having filed a complaint in this Court with the forged signature of attorney Michael Waddington, and ORDERS Mr. Ross to pay sanctions to the Court in the amount of $5,000.00 by January 31, 2010.**
**The Court further ORDERS Mr. Ross to pay attorney's fees to G. Henry Welles of Best Best & Kreiger, and to attorney Michael Waddington, for their time in appearing before this Court at these Order to Show Cause hearings, and for preparing any filings related to this matter. Mr. Ross is Ordered to ascertain the amount of those fees from Mr. Welles and Mr. Waddington, and to file by December 31, 2009 a declaration under penalty of perjury with the Court detailing the amount of fees to be paid to Mr. Welles and Mr. Waddington. The attorney fees shall then be paid in full by January 31, 2010.**

**The Court indicates it will refer the matter of David Ross's activities in this Court to the State Bar of Florida.**

**IT IS SO ORDERED.**

7 min

**MINUTES FORM 90**
**CIVIL -- GEN**

**Initials of Deputy Clerk WH**