# DECLARATION OF ANTHONY M. McKNIGHT

I, Anthony M. McKnight, declare as follows:

1. My name is Anthony ("Tony") M. McKnight. I am over the age of eighteen, of sound mind, and competent to make this declaration. I have personal knowledge of the facts set out below, and if called as a witness I could and would testify to them.
2. I submit this declaration to describe my dealings with Adam Floyd. Mr. Floyd represents Atrius Development Group Corporation and Malcolm Brown. He is not my lawyer in any current proceeding, and he has not been my lawyer of record at any time relevant here.
3. I make this declaration voluntarily. I have read it. I reviewed it and the underlying documents with my own attorney, Thomas Demas, before signing it. I have not been promised anything in exchange for making it, and no claim against me has been settled, reduced, or resolved in connection with it.

**<u>Mr. Floyd's role in previous litigations brought by Rare Breed against my companies</u>**

4. Adam Floyd represented me and my companies in the litigation Rare Breed Triggers brought against us in 2021.
5. When that litigation ended, Douglas Rios and I owed Mr. Floyd approximately $110,000 in unpaid fees.
6. During that representation, Mr. Floyd learned a great deal about my businesses, my products, my suppliers, and my dealings with trigger designers. He knew who Malcolm Brown was. We discussed Mr. Brown as a possible expert witness in that case.
7. Mr. Floyd also knew of Michael Stakes, and he knew of Mr. Stakes's contract with Big Daddy Unlimited. That matters for the following reason. Paragraph 11 of the June 16, 2026,

declaration Mr. Floyd later prepared for my signature, which I describe below, lists the people who designed triggers for my companies. It lists people I barely remember. It does not list Mr. Stakes. It also describes those designers as having worked with Big Daddy Enterprises. They worked with Big Daddy Unlimited.

8. Mr. Floyd continued to represent me and my companies after that case ended, in matters relating to enforcement of the judgment, including a claim for indemnification.

9. I never signed a conflict waiver with Mr. Floyd. I am not aware of any joint defense agreement between me or my companies and Mr. Floyd or Atrius, and I have never signed one.

**Mr. Floyd's role in the present litigation**

10. Michael Smith of Baker Law Group (and previously with the Fowler Law Firm) has been my lawyer of record in this dispute. Adam Floyd has represented Atrius, Malcolm Brown, and Lea Andreoli. They hold positions adverse to mine, or positions that could become adverse to mine. Indeed, Mr. Brownhas distanced himself from me and my companies and has claimed that the commercial relationship between the companies ended prior to the present dispute in an attempt to save Atrius from the consequences of the current litigation, leaving me and my companies to be saddled with any judgment entered.

11. Beginning in the second half of 2025, Mr. Smith became difficult to reach. He missed deadlines. There were periods when neither Mr. Rios nor I could reach him by telephone or get a response to messages.

12. During that period, Mr. Floyd did legal work that Mr. Smith was not doing. For example, Mr. Floyd handled document production for me and my companies in the arbitration. I keep

the files from the 2021 litigation on a Google Drive. That folder holds material Rare Breed produced, material from my companies, discovery, and attorney notes. Mr. Floyd went through the folder. He pulled documents out of it, organized them, and applied Bates numbers to them.

13. I paid Mr. Floyd for that work. The money went out by wire from my Performance Triggers account. Between January and April of 2026, my payments to him totaled $52,500.

14. Mr. Floyd did not send me an invoice for that work. I have looked for invoices from him and have found none.

15. Mr. Floyd repeatedly communicated with me directly, without Mr. Smith present and without copying him. Some of those communications were emails that came from Mr. Floyd alone.

16. I did not understand Mr. Floyd to be my lawyer in this litigation. I also do not have a clear explanation for why I was paying him.

17. Based on my dealings with Mr. Floyd, I believe he understood that there was a conflict between doing legal work for me and representing Atrius. In my experience, a lawyer who does work for me sends an engagement letter and sends invoices. Mr. Floyd did neither. He accepted payment from me for legal work he never billed, at a time when he was on the record for Atrius and not for me. He communicated with me directly rather than through my lawyer of record. I have never had a lawyer handle work for me that way.

**The declaration Mr. Floyd prepared for me in June 2026**

18. On or about June 16, 2026, I signed a declaration in the arbitration with Rare Breed. Adam Floyd wrote it.

19. Mr. Floyd sent the declaration directly to me. It did not come through Mr. Smith. Mr. Floyd told me he needed it back quickly, and I had only a short time to look at it. I did not get advice from any lawyer of mine before I signed it.

20. Paragraph 1 of that declaration says that I had read Rare Breed's opposition brief and Lawrence DeMonico's supporting declaration. I had not read either one. I do not recall Mr. Floyd asking me whether I had.

21. Other statements in that declaration are incorrect or misleading. I identified them, and explained each one, in my declaration dated July 27, 2026, which I signed after reviewing the underlying documents with my own attorney. I do not repeat those corrections here. I incorporate that declaration by reference.

22. I assumed that what Mr. Floyd put in front of me was accurate. He had been involved with these matters for years and knew the history. I did not check it against the documents. When I later reviewed the documents with my own attorney, I found that a number of the statements were wrong.

**The December 2025 letters sent on The Fowler Law Firm letterhead**

23. In late 2025, third parties were served with subpoenas seeking documents relating to me and my companies.

24. In December 2025, Mr. Smith could not be reached for roughly two weeks. I called him and sent him messages and could not locate him. Mr. Floyd told us he did not know where Mr. Smith was.

25. During that period, a response to the subpoenas came due.

26. Mr. Floyd sent me an email with the body for draft letters. He asked me whether I could produce the letters on Mr. Smith's letterhead.
27. Mr. Floyd wrote the substance of the letters. I did not.
28. Mr. Floyd asked if I had a copy of Mr. Smith's letterhead. I only had a PDF of the engagement letter Mr. Smith had sent me. Mr. Floyd asked if I could create a rough imitation of Mr. Smith's letterhead from the PDF I had. I then created a copy of the letterhead and a copy of Mr. Smith's signature. I put one letter on that letterhead over that signature.
29. I sent the letter back to Mr. Floyd before it went out. I asked him how they looked. Mr. Floyd responded that I had "some skills!" He also said that he was keeping a copy in case the letterhead was needed again. He asked me to repeat that process for the other third-parties and to send them out.
30. I then finalized the letters, printed them, and shipped them. They went to the recipients of the subpoenas.
31. I understand that disputes concerning these subpoenas later came before the United States District Court for the Northern District of Florida.
32. No one told me that preparing and sending letters on another lawyer's letterhead, over a copy of his signature, was improper.

**Authentication of exhibits**

33. Attached as Exhibit A is a true and correct copy of payment history for Adam V. Floyd from my Performance Triggers bank account, showing six wire transfers between January 6, 2026, and April 6, 2026, totaling $52,500.Attached as Exhibit B to this declaration is a true a correct copy of emails between Adam V. Floyd, Douglas Rios, and me.

34. Attached as Exhibit C to this declaration is a true a correct copy of the substance of the letter prepared by Adam V. Floyd that I was to use in the letters to the third-party subpoena recipients.

35. Attached as Exhibit D to this declaration is a true a correct copy of the final letters to the third-party subpoena recipients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2026, at 3:34PM EST.

Anthony M. McKnight

Exhibit A

# Adam V Floyd Payment History ⓘ

Single Transactions

Search Transactions

| Created date | Status | Approvals | Transaction Type | Account | Amount |
|---|---|---|---|---|---|
| 4/6/2026 10:31 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 11073712 | Performance Triggers ******8088 | $2,500.00 |
| 2/10/2026 9:19 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 10895404 | Performance Triggers ******8088 | $10,000.00 |
| 1/27/2026 11:32 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 10850469 | Performance Triggers ******8088 | $10,000.00 |
| 1/19/2026 9:39 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 10825697 | Performance Triggers ******8088 | $10,000.00 |
| 1/12/2026 9:40 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 10804789 | Performance Triggers ******8088 | $10,000.00 |
| 1/6/2026 9:37 AM | Processed | 1 of 1 | Domestic Wire Tracking ID: 10786859 | Performance Triggers ******8088 | $10,000.00 |

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 3:21:27 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

> Adam,
> Michael sent this link below to subpoenas and request for production on Nov. 17.
>
> https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0
>
> The attached subpoenas we were delivered on Nov 26 and Nov. 29.
>
> Michael sent the list below yesterday to us, but no documents.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Michael Smith <MSmith@thefowlerlawfirm.com>
> **Date:** Wednesday, December 10, 2025 at 2:13 PM
> **To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
> **Subject:** Rare Breed Subpoenas
>
> Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:
>
> 1. Andrew Myers
> 2. Atrius
> 3. C&C Holdings
> 4. Christopher Rios
> 5. Delta 7
> 6. Lea Andreoli
> 7. Malcolm Brown

8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

| | |
|---|---|
| **Subject:** | Re: FW: Rare Breed Subpoenas |
| **Date:** | Thursday, December 11, 2025 at 3:31:34 PM Eastern Standard Time |
| **From:** | Adam Floyd |
| **To:** | Tony McKnight |
| **CC:** | Douglas Rios |
| **Attachments:** | image001.gif, image002.png, image003.jpg, image004.jpg, image005.png |

Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.

On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:

> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>
> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:21 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.
>
> The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.
>
> On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:
>
> > Adam,
> > Michael sent this link below to subpoenas and request for production on Nov. 17.
> >
> > https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0
> >
> > The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten

30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 3:49:31 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png, Third Party Letter.docx

Gonna need some help here.

Can you take the attached and add the information from the third party subpoenas? Preferably on Smith's letterhead. If not, generic will have to do. Then email (if we have one) and FedEx it out? We don't need to do any party. So, I think only Cybersource, M Merchant, and NMI.

I will draft and serve objections for C&C, Myers, Chris Rios, Delta 7, and Performance Triggers. I already did my clients this morning.

First thing in the morning, I'll find a NJ attorney to move to quash all these subpoenas as well as the new ones and seek sanctions.

On Thu, Dec 11, 2025 at 2:31 PM Adam Floyd <AFloyd@floydip.com> wrote:

> Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.
>
> On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>>
>> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
>>
>> Tony McKnight
>> 352-681-2002
>> tony@mcknight.biz
>>
>> **From:** Adam Floyd <AFloyd@floydip.com>
>> **Date:** Thursday, December 11, 2025 at 3:21 PM
>> **To:** Tony McKnight <tony@mcknight.biz>
>> **Cc:** Douglas Rios <doug@wegotammo.com>
>> **Subject:** Re: FW: Rare Breed Subpoenas
>>
>> These are all due TODAY. So, I'm not sure we can much. We'll still send out letters

and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

Adam,

Michael sent this link below to subpoenas and request for production on Nov. 17.

https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0

The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy

18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**Thursday, July 16, 2026 at 11:15:21 AM Eastern Daylight Time**

---

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 3:49:59 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

Can you do a rough imitation?

On Thu, Dec 11, 2025 at 2:37 PM Tony McKnight <tony@mcknight.biz> wrote:

> This is the only “letter” we have from Michael’s firm. The original engagement letter in PDF. Looks like the letterhead is all text though. No logo.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> ---
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:31 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.
>
> On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:
>
> > Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
> >
> > On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
> >
> > Tony McKnight
> > 352-681-2002
> > tony@mcknight.biz
> >
> > ---
> >
> > **From:** Adam Floyd <AFloyd@floydip.com>
> > **Date:** Thursday, December 11, 2025 at 3:21 PM
> > **To:** Tony McKnight <tony@mcknight.biz>
> > **Cc:** Douglas Rios <doug@wegotammo.com>
> > **Subject:** Re: FW: Rare Breed Subpoenas

These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

Adam,

Michael sent this link below to subpoenas and request for production on Nov. 17.

https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0

The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms

17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 4:36:26 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

Boy's got some skills! I'm keeping a copy, just in case we need it again.

Yeah, can you repeat for those third-parties and send them out?

I'm halfway through these objections.

On Thu, Dec 11, 2025 at 3:09 PM Tony McKnight <tony@mcknight.biz> wrote:

> Like this?
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:49 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> Can you do a rough imitation?
>
> On Thu, Dec 11, 2025 at 2:37 PM Tony McKnight <tony@mcknight.biz> wrote:
>
> > This is the only "letter" we have from Michael's firm. The original engagement letter in PDF. Looks like the letterhead is all text though. No logo.
> >
> > Tony McKnight
> > 352-681-2002
> > tony@mcknight.biz
> >
> > **From:** Adam Floyd <AFloyd@floydip.com>
> > **Date:** Thursday, December 11, 2025 at 3:31 PM
> > **To:** Tony McKnight <tony@mcknight.biz>
> > **Cc:** Douglas Rios <doug@wegotammo.com>
> > **Subject:** Re: FW: Rare Breed Subpoenas
> >
> > Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.

On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:

Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.

On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Adam Floyd <AFloyd@floydip.com>
**Date:** Thursday, December 11, 2025 at 3:21 PM
**To:** Tony McKnight <tony@mcknight.biz>
**Cc:** Douglas Rios <doug@wegotammo.com>
**Subject:** Re: FW: Rare Breed Subpoenas

These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

Adam,
Michael sent this link below to subpoenas and request for production on Nov. 17.

https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0

The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>

**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**

3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

> --
> Adam V. Floyd
> Floyd IP
> 512.497.7500
> 3203 Bluffs Lane
> Parker, Texas 75002
>
> This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**Thursday, July 16, 2026 at 11:15:58 AM Eastern Daylight Time**

---

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 5:12:26 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

I just timely served all the responses for Smith's clients: Myers, C&C, C. Rios, Delta 7, and Performance.

I'll locate local counsel in NJ to quash these and all the new subpoenas.

On Thu, Dec 11, 2025 at 2:49 PM Adam Floyd <AFloyd@floydip.com> wrote:

> Can you do a rough imitation?
>
> On Thu, Dec 11, 2025 at 2:37 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> This is the only "letter" we have from Michael's firm. The original engagement letter in PDF. Looks like the letterhead is all text though. No logo.
>>
>> Tony McKnight
>> 352-681-2002
>> tony@mcknight.biz
>>
>> **From:** Adam Floyd <AFloyd@floydip.com>
>> **Date:** Thursday, December 11, 2025 at 3:31 PM
>> **To:** Tony McKnight <tony@mcknight.biz>
>> **Cc:** Douglas Rios <doug@wegotammo.com>
>> **Subject:** Re: FW: Rare Breed Subpoenas
>>
>> Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.
>>
>> On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:
>>
>>> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>>>
>>> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
>>>
>>> Tony McKnight
>>> 352-681-2002
>>> tony@mcknight.biz

**From:** Adam Floyd <AFloyd@floydip.com>
**Date:** Thursday, December 11, 2025 at 3:21 PM
**To:** Tony McKnight <tony@mcknight.biz>
**Cc:** Douglas Rios <doug@wegotammo.com>
**Subject:** Re: FW: Rare Breed Subpoenas

These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

> Adam,
> Michael sent this link below to subpoenas and request for production on Nov. 17.
>
> https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0
>
> The attached subpoenas we were delivered on Nov 26 and Nov. 29.
>
> Michael sent the list below yesterday to us, but no documents.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Michael Smith <MSmith@thefowlerlawfirm.com>
> **Date:** Wednesday, December 10, 2025 at 2:13 PM
> **To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
> **Subject:** Rare Breed Subpoenas
>
> Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:
>
> 1. Andrew Myers
> 2. Atrius
> 3. C&C Holdings
> 4. Christopher Rios
> 5. Delta 7
> 6. Lea Andreoli
> 7. Malcolm Brown
> 8. Performance Triggers

9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error,

> please destroy it and notify us immediately at 512.497.7500.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 5:13:26 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

That's everyone on my list. Smith just needs to deal with the more recent ones. Michele is going to talk to his wife this evening.

On Thu, Dec 11, 2025 at 4:11 PM Tony McKnight <tony@mcknight.biz> wrote:

> Ok these 4 are out:
>
> 1ZH3618W2415402022 - Cloudflare
> 9481711206217426446003 - CyberSource
> 1ZH3618W2411890431 - M Merchant
> 1ZH3618W2424160688 - NMI
>
> All overnight. All signature required. All dated today.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 4:36 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> Boy's got some skills! I'm keeping a copy, just in case we need it again.
>
> Yeah, can you repeat for those third-parties and send them out?
>
> I'm halfway through these objections.
>
> On Thu, Dec 11, 2025 at 3:09 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> Like this?
>>
>> Tony McKnight
>> 352-681-2002
>> tony@mcknight.biz
>>
>> **From:** Adam Floyd <AFloyd@floydip.com>
>> **Date:** Thursday, December 11, 2025 at 3:49 PM

**To:** Tony McKnight <tony@mcknight.biz>
**Cc:** Douglas Rios <doug@wegotammo.com>
**Subject:** Re: FW: Rare Breed Subpoenas

Can you do a rough imitation?

On Thu, Dec 11, 2025 at 2:37 PM Tony McKnight <tony@mcknight.biz> wrote:

> This is the only "letter" we have from Michael's firm. The original engagement letter in PDF. Looks like the letterhead is all text though. No logo.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:31 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.
>
> On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>>
>> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.
>>
>> Tony McKnight
>> 352-681-2002
>> tony@mcknight.biz
>>
>> **From:** Adam Floyd <AFloyd@floydip.com>
>> **Date:** Thursday, December 11, 2025 at 3:21 PM
>> **To:** Tony McKnight <tony@mcknight.biz>
>> **Cc:** Douglas Rios <doug@wegotammo.com>
>> **Subject:** Re: FW: Rare Breed Subpoenas
>>
>> These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.
>>
>> The better news is RB must have issued the rest later in time. So, if we can get

hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

Adam,
Michael sent this link below to subpoenas and request for production on Nov. 17.

https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0

The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius
3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy

18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com
http://www.thefowlerlawfirm.com

Follow us on Facebook

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

---

**Subject:** Re: FW: Rare Breed Subpoenas
**Date:** Thursday, December 11, 2025 at 5:18:49 PM Eastern Standard Time
**From:** Adam Floyd
**To:** Tony McKnight
**CC:** Douglas Rios
**Attachments:** image001.gif, image002.png, image003.jpg, image004.jpg, image005.png

SHIT!!! Looks like your responses for your document requests are due today.

Did Smith say anything about those?

On Thu, Dec 11, 2025 at 4:15 PM Tony McKnight <tony@mcknight.biz> wrote:

> 10-4. Keep us posted.
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> ---
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 5:13 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> That's everyone on my list. Smith just needs to deal with the more recent ones. Michele is going to talk to his wife this evening.
>
> On Thu, Dec 11, 2025 at 4:11 PM Tony McKnight <tony@mcknight.biz> wrote:
>
> > Ok these 4 are out:
> >
> > 1ZH3618W2415402022 - Cloudflare
> > 9481711206217426446003 - CyberSource
> > 1ZH3618W2411890431 - M Merchant
> > 1ZH3618W2424160688 - NMI
> >
> > All overnight. All signature required. All dated today.
> >
> > Tony McKnight
> > 352-681-2002
> > tony@mcknight.biz
> >
> > ---
> >
> > **From:** Adam Floyd <AFloyd@floydip.com>
> > **Date:** Thursday, December 11, 2025 at 4:36 PM
> > **To:** Tony McKnight <tony@mcknight.biz>
> > **Cc:** Douglas Rios <doug@wegotammo.com>

**Subject:** Re: FW: Rare Breed Subpoenas

Boy's got some skills! I'm keeping a copy, just in case we need it again.

Yeah, can you repeat for those third-parties and send them out?

I'm halfway through these objections.

On Thu, Dec 11, 2025 at 3:09 PM Tony McKnight <tony@mcknight.biz> wrote:

> Like this?
>
> Tony McKnight
> 352-681-2002
> tony@mcknight.biz
>
> **From:** Adam Floyd <AFloyd@floydip.com>
> **Date:** Thursday, December 11, 2025 at 3:49 PM
> **To:** Tony McKnight <tony@mcknight.biz>
> **Cc:** Douglas Rios <doug@wegotammo.com>
> **Subject:** Re: FW: Rare Breed Subpoenas
>
> Can you do a rough imitation?
>
> On Thu, Dec 11, 2025 at 2:37 PM Tony McKnight <tony@mcknight.biz> wrote:
>
>> This is the only “letter” we have from Michael’s firm. The original engagement letter in PDF. Looks like the letterhead is all text though. No logo.
>>
>> Tony McKnight
>> 352-681-2002
>> tony@mcknight.biz
>>
>> **From:** Adam Floyd <AFloyd@floydip.com>
>> **Date:** Thursday, December 11, 2025 at 3:31 PM
>> **To:** Tony McKnight <tony@mcknight.biz>
>> **Cc:** Douglas Rios <doug@wegotammo.com>
>> **Subject:** Re: FW: Rare Breed Subpoenas
>>
>> Okay. Do either of you have Michael's letterhead preferably in Word format? The letters need to go out from him.
>>
>> On Thu, Dec 11, 2025 at 2:28 PM Tony McKnight <tony@mcknight.biz> wrote:
>>
>>> Yes, the original list in the dropbox were due today, but the 4 others for Waqas, Automattic and Cloudflare are due Dec. 20.
>>>
>>> On the first 11 were on the list from Nov. 17. The other 24 were sent out sometime in the last 2 weeks. Those we did NOT know about. We only caught on

because Waqas sent me his and I got an email from Cloudflare and Automattic (Wordpress) that they had received one. Those were on Nov. 26 and Nov. 29.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Adam Floyd <AFloyd@floydip.com>
**Date:** Thursday, December 11, 2025 at 3:21 PM
**To:** Tony McKnight <tony@mcknight.biz>
**Cc:** Douglas Rios <doug@wegotammo.com>
**Subject:** Re: FW: Rare Breed Subpoenas

These are all due TODAY. So, I'm not sure we can much. We'll still send out letters and object.

The better news is RB must have issued the rest later in time. So, if we can get hold of those, we should be able to timely object.

On Thu, Dec 11, 2025 at 2:07 PM Tony McKnight <tony@mcknight.biz> wrote:

Adam,
Michael sent this link below to subpoenas and request for production on Nov. 17.

https://www.dropbox.com/scl/fo/2ubpvq3xkyigm37n508rs/ALc3enWDYQxSCM3cR8-s1Sk?rlkey=iekcvvclgf4vgekgtrd5a93ue&st=znil2u8p&dl=0

The attached subpoenas we were delivered on Nov 26 and Nov. 29.

Michael sent the list below yesterday to us, but no documents.

Tony McKnight
352-681-2002
tony@mcknight.biz

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Date:** Wednesday, December 10, 2025 at 2:13 PM
**To:** Tony McKnight <tony@mcknight.biz>, Douglas Rios <doug@wegotammo.com>, Douglas Rios <dugyrios86@gmail.com>, Drew M <andrew@mid-tierdefense.com>, chriswgainc@gmail.com <chriswgainc@gmail.com>
**Subject:** Rare Breed Subpoenas

Gentlemen – Here is a list of the Rare Breed subpoenas issued so far:

1. Andrew Myers
2. Atrius

3. C&C Holdings
4. Christopher Rios
5. Delta 7
6. Lea Andreoli
7. Malcolm Brown
8. Performance Triggers
9. CyberSource
10. M Merchant
11. NMI
12. Automattic
13. Cloudflare
14. Dairyland Defense
15. Drake moore
16. Geronimo Arms
17. GoDaddy
18. Google Play
19. Green Apple Services
20. Madison Crawford
21. MDN Unlimited
22. Michael Goldberg
23. Namecheap
24. Trigger Man
25. Triggers Parts USA
26. Waqas Raja
27. Josh Jourdan
28. T-Mobile
29. Ken Staten
30. Tucows Domains Services;
31. Meta Platforms
32. Paypal
33. Worldpay;
34. Blue Dog Business Services;
35. Micamp Solutions

**Michael J. Smith**
**Chief of Civil Litigation and IP**

**The Fowler Law Firm**
3301 Northland Dr., Suite 101
Austin, Texas 78731
Office: 512-441-1411
Direct: 512-476-8102
Fax: 512-469-2975
Email: msmith@thefowlerlawfirm.com

http://www.thefowlerlawfirm.com

Follow us on Facebook

Laura Sanders Fowler

E-MAIL CONFIDENTIALITY NOTICE: This transmission may be: (1) subject to the Attorney-Client Privilege, or (2) an attorney work product, or (3) strictly confidential, or (4) any combination of the above. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may violate federal criminal law.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--

Adam V. Floyd
Floyd IP
512.497.7500

> > > 3203 Bluffs Lane
> > > Parker, Texas 75002
> > >
> > > This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.
> >
> > --
> > Adam V. Floyd
> > Floyd IP
> > 512.497.7500
> > 3203 Bluffs Lane
> > Parker, Texas 75002
> >
> > This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.
>
> --
> Adam V. Floyd
> Floyd IP
> 512.497.7500
> 3203 Bluffs Lane
> Parker, Texas 75002
>
> This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

Exhibit C

[Third Party Name]
[Third Party Address]
[City, State, Zip Code]

Via Fed Ex December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

Exhibit D

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

Cloudfiare, Inc.,
C/O Registered Agent Solutions, Inc.,
838 Walker Road
Ste 21-2
Dover, DE 19904

Via Fed Ex

December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al.*, Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

Exhibit D

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith



For The Fowler Law Firm PC
Date: ___12/11/2025

Exhibit D

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

Cybersource
Attn: Legal Department
P.O. Box 8999
San Francisco, CA 942128-8999

Via Fed Ex December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al.*, Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

Exhibit D

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith



For The Fowler Law Firm PC
Date: ___12/11/2025

Exhibit D

**THE FOWLER LAW FIRM, PC**
3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*
John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

NMI
Attn: Legal Department
1450 American Lane
Suite 1200
Schaumberg, IL 60173

Via UPS

December 11, 2025

**Re:** Subpoena served upon you in the matter of *Rare Breed v. Big Daddy, et al*., Case No. 1:21-cv-149, in the N.D. Florida

Dear Custodian of Records:

This office represents the Defendants in the above-referenced action.

We are writing to you regarding the Subpoena served upon you by counsel for the Plaintiff in late November 2025.

Please be advised that the Defendant will be filing an Emergency Motion for Protective Order and/or to Quash the Subpoena with the Court, next week. The basis for this motion is that the subpoena seeks the Defendant's confidential, trade secret, and/or private information (e.g., technical product plans, medical records, financial records, etc.), which the Defendant has a right to protect from disclosure and the current protective order is inadequate.

The filing of a motion in court does not automatically halt your obligations under the subpoena. However, as a matter of professional courtesy and to avoid the unnecessary burden of producing documents that may ultimately be deemed non-discoverable or privileged by the Court, we formally request that you voluntarily hold off on the production of any and all documents requested by the subpoena until such time as the Court has ruled on our pending motion.

We anticipate a ruling from the Court on an expedited basis. We will promptly provide you with a copy of the Court's order as soon as it is available.

Exhibit D

**THE FOWLER LAW FIRM, PC**

3301 Northland Drive, Suite 101
Austin, Texas 78731

312 West University
Georgetown, Texas 78626

1301 N. Old Stagecoach Road
Kyle, Texas 78640

(512) 441-1411 (tel)
(512) 469-2975 (fax)
www.thefowlerlawfirm.com
msmith@thefowlerlawfirm.com

*Judge Robert Lee Penn (1864-1909)*
*I.D. Fowler (1868-1956)*
*Marion West Fowler (1901-1994)*
*Robert Penn Fowler (1933-2020)*

***Michael J. Smith***
*msmith@thefowlerlawfirm.com*

John G. Lione*
Adrian Van Zelfden JD/CPA
Robert S. Hoofman**
Laura S. Fowler
John G. Pearce JD/CPA***
Anna Martinez Boling
David Scott Oliver JD/LLM
Diane Byrnes****
Roy William Cabler III
Susan R. Littleton
Michael J. Smith

We appreciate your cooperation in this matter. Please do not hesitate to contact me if you have any questions or if your legal counsel wishes to discuss this request further.

Sincerely,

By: Michael J. Smith

For The Fowler Law Firm PC
Date: ___12/11/2025