**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE**

Rare Breed Triggers, LLC and ABC IP, LLC,

*Plaintiffs,*

v.

Big Daddy Enterprises, Inc., et al.,

*Defendants.*

-and-

Rare Breed Triggers, LLC and ABC IP, LLC,

*Plaintiffs,*

v.

Big Daddy Unlimited, Inc., et al.,

*Defendants.*

Case No. 1:21-cv-00149-RH-HTC
(Lead Case)

Case No. 1:22-cv-00061-RH-HTC
(Member Case)

**NON-PARTY ATRIUS DEVELOPMENT GROUP CORPORATION, INC.'S MOTION TO FILE / SEAL EMERGENCY MOTION**

Non-Party Atrius Development Group Corporation, Inc. ("Atrius") hereby files this Motion to Seal Emergency Motion to Intervene for a Limited Purpose and would show the court as follows:

Atrius requests the Clerk seal it's Emergency Motion to Intervene for a Limited Purpose and Emergency Motion to Sealfrom the public docket as it contains certain confidential and highly confidential information that should not be disclosed to the public. Because of the nature of this emergency filing, counsel has not conferred with the parties to see if it is opposed.

DATED: August 20, 2026

**MCKOOL SMITH, P.C.**

Ryan McBeth **pro hac in process**
Texas Bar No. 24078955
rmcbeth@McKoolSmith.com
Elliott Clay **pro hac in process**
Texas Bar No. 24148889
eclay@McKoolSmith.com
**MCKOOL SMITH P.C.**
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300

Edward K. Chin **pro hac in process**
Texas State Bar No. 50511688
echin@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: ________________________________
**DAVID P. REINER, II, ESQ.**; FBN 416400

ATTORNEYS FOR NON-PARTY
ATRIUS DEVELOPMENT GROUP
CORPORATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 20, 2026.

Respectfully submitted,

By: ______________________________
**DAVID P. REINER, II, ESQ.**; FBN 416400